# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAYMING CHANG, *et al.*,** | |
| Plaintiffs, | Civil Action No. 1:02cv02010 (EGS) |
| v. | |
| **THE UNITED STATES, *et al.*,** | |
| Defendants. | |

## NOTICE OF APPEARANCE

Please enter the appearance of Thomas L. Koger and withdraw the appearance of Leonard H. Becker as counsel for defendants District of Columbia and Metropolitan Police Department in this case.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Corporation Counsel

    /s/ Robert C. Utiger

    ROBERT C. UTIGER [437130]
    Deputy Corporation Counsel
    Equity and Receivership Division

/s/ Thomas L. Koger
THOMAS L. KOGER [427921]
Senior Litigation Counsel

441-4th Street, N.W.
Suite 6S060
Washington, D.C.  20001
(202) 724-6623
(202) 727-3625 (FAX)
E-mail: thomas.koger@dc.gov

Attorneys for Defendants District of Columbia and Metropolitan Police Department

**Certificate of Service**

I hereby certify that on the 5th day of September, 2003, I caused a true copy of the foregoing Notice of Appearance to be filed electronically with the Court for electronic service upon:

Laurie Weinstein
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20004

Daniel C. Schwartz, Esquire
Bryan Cave, LLP
700 13th Street, NW
Washington, DC 20005

and to be served by first class mail, postage prepaid, upon:

Jonathan Turley, Esquire
2000 H Street, NW
Washington, DC  20052

/s/ Thomas L. Koger

3

                                                            THOMAS L. KOGER