## *UNITED STATES DISTRICT COURT*
## *FOR THE DISTRICT OF COLUMBIA*

RAYMING CHANG, ET AL.,

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| Plaintiff(s), | ) |  |
|  | ) |  |
| vs. | ) | Case No:02-2010 EGS |
|  | ) |  |
| UNITED STATES, ETAL., |  |  |
|  | ) |  |
| Defendant(s). | ) |  |

## NOTICE REGARDING TRANSCRIPT

The Transcript filed for the motions hearing of September 11, 2003 has been filed

in paper form in the Clerk's Office.  The public may view the document in the Clerk's Office

during normal business hours, Monday through Friday between the hours 9:00 a.m. to

4:00 p.m.

                                        NANCY MAYER-WHITTINGTON, CLERK

Date: 10/15/03