**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

**RAYMING CHANG,**                    *

        **Plaintiff,**         *

   v.                              *     **Civil No. 02-02010 (EGS)(AK)**

**UNITED STATES,** *et al.*           *

        **Defendants.**        *

_____*
_____

**JULIE ABBATE,**                     *

        **Plaintiff,**         *

   v.                              *     **Civil No. 03-00767 (EGS)(AK)**

**CHIEF CHARLES H. RAMSEY,** *et al.* *

        **Defendants.**        *

_____*
_____

**JEFFREY BARHAM,**                   *

        **Plaintiff,**         *

   v.                              *     **Civil No. 02-02283 (EGS)(AK)**

**CHARLES H. RAMSEY,** *et al.*,      *

        **Defendants.**        *

_____
_____*

## SECOND CONSENT MOTION OF DEFENDANT NEWSHAM
## FOR APPROVAL OF PAYMENT OF INTERIM ATTORNEY FEES

### INTRODUCTION

This consent motion pertains to the representation of defendant MPD Assistant Chief Peter Newsham by Robert E. Deso, Esquire for the period from April 1, 2004 through July 30, 2004. Normally the Office of Corporation Counsel provides representation for individual MPD police officers. However, in this case, the District did not represent Assistant Chief Newsham due to a potential conflict of interest. Mr. Deso represents Newsham in the *Chang, Barham* and *Abbate* cases, at the request of Newsham and the Office of the Corporation Counsel. The Court granted Newsham's first Consent Motion for Approval of Payment of Interim Attorney Fees, for representation from October 22, 2003 through March 31, 2004, by Order dated May 17, 2004.

### WORK PERFORMED

During the period for which fees are requested by this motion, counsel prepared for and represented Assistant Chief Newsham at a hearing regarding qualified immunity conducted on April 6, 2004; counsel represented Assistant Chief Newsham at the depositions of plaintiff McAteer in the *Barham* case; plaintiff Chastain in the *Chang* case; plaintiff Young in the *Barham* case; plaintiff Ulrich in the *Abbate* case; plaintiff Swanson in the *Barham* case; plaintiff Chang in the *Chang* case; plaintiff Durham in the *Barham* case (no show); plaintiff Djeddaoui in the *Barham* case; plaintiff Abbate in the *Abbate* case. Counsel also prepared a memorandum for the Court regarding the impact of the International Action Committee decision; counsel also attended a status conference and reviewed e-mail correspondence and court pleadings.

## LEGAL BASIS FOR AWARD

The District of Columbia's obligation to reimburse MPD police officers who are defendants in civil suits such as this, where the District does not represent them, is based on D.C. Code § 5-115.04 which states as follows:

(a) in accordance with regulations prescribed by the Council of the District of Columbia, the Corporation Counsel of the District of Columbia shall represent any officer or member of the Metropolitan Police Department, if he so requests, in any civil action for damages resulting from an alleged wrongful arrest by such officer or member.

(b) if the Corporation Counsel fails or is unable to represent such officer or member when requested to do so, the Mayor of the District of Columbia shall compensate such officer or member for reasonable attorney fees (as determined by the Court) incurred by him in his defense of the action against him.

This case is based on allegations by the plaintiffs that defendant Newsham falsely arrested them and violated their constitutional rights at Pershing Park on September 27, 2002.

## REASONABLENESS OF THE FEES

Counsel for defendant Newsham has presented to the District monthly itemized statements of fees and costs for representation since April 1, 2004. Copies of the itemized billing statements are enclosed herewith as Exhibit 1. A copy of Mr. Deso's Curriculum Vitae and a copy of the *Laffey* matrix were enclosed as Exhibits 2 and 3 to the first Consent Motion filed on April 27, 2004. The Office of Corporation Counsel has determined that the interim fees requested herein are reasonable, and the District and Assistant Chief Newsham have reached an agreement to pay the interim fees and costs in satisfaction of D.C. Code § 5-115.04, subject to approval of the Court. Therefore, the

parties present for the Court's approval an Order for payment in the amount of $26,616.04 to Mr. Deso in satisfaction of the District's interim obligation under D.C. Code § 5-115.04 for representation provided to Assistant Chief Newsham in this litigation from April 1, 2004 through July 30, 2004.

WHEREFORE, it is requested that the Court approve the agreement of the parties to reimburse to defendant Newsham interim attorney fees and costs incurred on his behalf in the total amount of $26,616.04, to be paid to his counsel, Robert E. Deso, Esq., of Deso, Buckley & Stien, P.C.

Respectfully submitted,

DESO, BUCKLEY & STIEN, P.C.

By: /s/ Robert E. Deso
Robert E. Deso, #174185
1828 L Street, N.W., Suite 660
Washington, D.C. 20036
(202) 822-6333
(202) 822-6665 - Fax
Counsel for Defendant Newsham

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Second Consent Motion of Defendant Newsham for Approal of Payment of Interim Attorney Fees, Memorandum of Points and Authorities and proposed Order was e-mailed this 13th day of September, 2004 to Thomas L. Koger, Esquire, Civil Litigation Division - Equity Section I, Office of the Attorney General, 441 - 4th Street, N.W., 6th Floor South, Washington, D.C. 20001.

/s/ Robert E. Deso
Robert E. Deso