## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

**RAYMING CHANG,** *et al.*　　　　　　*

　　　　　**Plaintiffs,**　　　　　　　*

　　　v.　　　　　　　　　　　　　　　*　　Civil No. 02-02010 (EGS)(AK)

**UNITED STATES,** *et al.*　　　　　　*

　　　　　**Defendants.**　　　　　　　*

_____*
_____

**JULIE ABBATE,** *et al.*　　　　　　　*

　　　　　**Plaintiffs,**　　　　　　　*

　　　v.　　　　　　　　　　　　　　　*　　Civil No. 03-00767 (EGS)(AK)

**CHIEF CHARLES H. RAMSEY,** *et al.*　*

　　　　　**Defendants.**　　　　　　　*

_____*
_____

**JEFFREY BARHAM,** *et al.*　　　　　　*

　　　　　**Plaintiffs,**　　　　　　　*

　　　v.　　　　　　　　　　　　　　　*　　Civil No. 02-02283 (EGS)(AK)

**CHARLES H. RAMSEY,** *et al.*,　　　　*

　　　　　**Defendants.**　　　　　　　*

_____
_____*

**THIRD CONSENT MOTION OF DEFENDANT NEWSHAM
FOR APPROVAL OF PAYMENT OF INTERIM ATTORNEY FEES**

**INTRODUCTION**

This consent motion pertains to the representation of defendant MPD Assistant Chief Peter Newsham by Robert E. Deso, Esquire for the period from August 1, 2004 through December 31, 2004. Normally the Office of Attorney General provides representation for individual MPD police officers. However, in this case, the District did not represent Assistant Chief Newsham due to a potential conflict of interest. Mr. Deso represents Newsham in the *Chang, Barham* and *Abbate* cases, at the request of Newsham and the Office of the Attorney General. The Court has granted Newsham's first and second Consent Motions for Approval of Payment of Interim Attorney Fees, for representation from October 22, 2003 through July 30, 2004, by previous Orders and those fees have been paid.

**WORK PERFORMED**

During the five month period for which fees are requested by this motion, counsel represented Assistant Chief Newsham at the depositions of USCP Captain Baylor in the *Chang* case on August 19, 2004; plaintiff Choi in the *Chang* case on August 20, 2004; plaintiff Zarcony in the *Chang* case on August 24, 2004; two FBI representatives in *Chang* on August 27, 2004; Inspector Solberg in *Abbate* on September 2, 2004; plaintiff Falk in *Barham* on September 3, 2004; MPD Captain McLean in *Abbate* on September 7, 2004; MPD Commander Lanier in *Chang* on September 8, 2004; MPD Commander Maupin in *Chang* on September 9, 2004; MPD Assistant Chief Dandridge in *Chang* on September 10, 2004; plaintiff Passacantando in *Barham* on September 13, 2004; MPD

Lieutenant Herold in *Chang* on September 15, 2004; MPD Assistant Chief Fitzgerald in *Abbate* on September 16, 2004; MPD Commander McGuire in *Chang* on September 20, 2004; two Secret Service representatives in *Chang* on September 29, 2004; Mr. Ederheimer in *Chang* on November 3, 2004; Captain Herold in *Chang* on November 7, 2004; two USMS representatives in *Chang* on November 9, 2004; Fairfax County Sheriff's Dept. in *Chang* on November 22, 2004 and plaintiff Lee in *Chang* on December 22, 2004. Counsel also attended a motions hearing on September 27, 2004; prepared a Notice of Appeal and related pleadings regarding the Court's denial of qualified immunity to Newsham and began work on an appellate brief.

## LEGAL BASIS FOR AWARD

The District of Columbia's obligation to reimburse MPD police officers who are defendants in civil suits such as this, where the District does not represent them, is based on D.C. Code § 5-115.04 which states as follows:

(a) in accordance with regulations prescribed by the Council of the District of Columbia, the Corporation Counsel of the District of Columbia shall represent any officer or member of the Metropolitan Police Department, if he so requests, in any civil action for damages resulting from an alleged wrongful arrest by such officer or member.

(b) if the Corporation Counsel fails or is unable to represent such officer or member when requested to do so, the Mayor of the District of Columbia shall compensate such officer or member for reasonable attorney fees (as determined by the Court) incurred by him in his defense of the action against him.

This case is based on allegations by the plaintiffs that defendant Newsham falsely arrested them and violated their constitutional rights at Pershing Park on September 27, 2002.

## **REASONABLENESS OF THE FEES**

Counsel for defendant Newsham has presented to the District monthly itemized statements of fees and costs for representation since August 1, 2004. Copies of the itemized billing statements are enclosed herewith as Exhibit 1. A copy of Mr. Deso's Curriculum Vitae and a copy of the *Laffey* matrix were enclosed as Exhibits 2 and 3 to the first Consent Motion filed on April 27, 2004. The Office of the Attorney General has determined that the interim fees requested herein are reasonable, and the District and Assistant Chief Newsham have reached an agreement to pay the interim fees and costs in satisfaction of D.C. Code § 5-115.04, subject to approval of the Court. Therefore, the parties present for the Court's approval an Order for payment in the amount of $53,457.31 to Mr. Deso in satisfaction of the District's interim obligation under D.C. Code § 5-115.04 for representation provided to Assistant Chief Newsham in this litigation from August 1, 2004 through December 31, 2004.

WHEREFORE, it is requested that the Court approve the agreement of the parties to reimburse to defendant Newsham interim attorney fees and costs incurred on his behalf in the total amount of $53,457.31, to be paid to his counsel, Robert E. Deso, Esq., of Deso, Buckley & Stien, P.C.

Respectfully submitted,

DESO, BUCKLEY & STIEN, P.C.

By:  /s/ Robert E. Deso
Robert E. Deso, #174185
1828 L Street, N.W., Suite 660
Washington, D.C. 20036
(202) 822-6333
(202) 822-6665 - Fax
Counsel for Defendant Newsham

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that a copy of the foregoing Third Consent Motion of Defendant Newsham for Approval of Payment of Interim Attorney Fees, Memorandum of Points and Authorities and proposed Order was e-mailed this 17th day of January, 2004 to Thomas L. Koger, Esquire, Civil Litigation Division - Equity Section I, Office of the Attorney General, 441 - 4th Street, N.W., 6th Floor South, Washington, D.C. 20001.

                                                 /s/ Robert E. Deso
                                                 Robert E. Deso