# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

**RAYMING CHANG,** *et al.*              *

      **Plaintiffs,**              *

    **v.**              *          **Civil No. 02-02010 (EGS)(AK)**

**UNITED STATES,** *et al.*              *

      **Defendants.**              *

_____              *
_____

**JEFFREY BARHAM,** *et al.*              *

      **Plaintiffs,**              *

    **v.**              *          **Civil No. 02-02283 (EGS)(AK)**

**CHARLES H. RAMSEY,** *et al.,*              *

      **Defendants.**              *

_____
_____              *

## FOURTH CONSENT MOTION OF DEFENDANT NEWSHAM
## FOR APPROVAL OF PAYMENT OF INTERIM ATTORNEY FEES

### INTRODUCTION

    This consent motion pertains to the representation of defendant MPD Assistant Chief Peter Newsham by Robert E. Deso, Esquire for the period from January 1, 2005 through April 15, 2005.  Normally the Office of Attorney General provides representation for individual MPD police officers.  However, in this case, the District did not

represent Assistant Chief Newsham due to a potential conflict of interest.   Mr. Deso represented Newsham in the *Chang, Barham* and *Abbate* cases,[1] at the request of Newsham and the Office of the Attorney General.  The Court has granted Newsham's first, second and third Consent Motions for Approval of Payment of Interim Attorney Fees, for representation from October 22, 2003 through December 31, 2004, by previous Orders and those fees have been paid.

<u>**WORK PERFORMED**</u>

During the three and one-half month period for which fees are requested by this motion, counsel represented Assistant Chief Newsham in the drafting of the Settlement Agreement in the *Abbate* case, which settlement was approved by the Court at a Status Conference on January 24, 2005; counsel prepared an Opposition to the plaintiffs' Motion to Amend the *Chang* Complaint to add Newsham as a defendant in his personal capacity; counsel provided representation at the deposition of retired USPP Major Murphy on February 2 and 3, 2005 in the *Chang* case; counsel provided representation at deposition of Baltimore PD Officials on February 10, 2005 in *Chang*; counsel took the deposition of plaintiff Wholberg on March 7, 2005 in *Barham* (for AAG Koger due to a family emergency); counsel provided representation at the deposition of A/C Jordan on March 30, 2005; counsel provided representation at deposition of plaintiff Phelan in *Barham* on April 8, 2005; counsel prepared a Brief for Court of Appeals re denial of qualified immunity for Newsham; counsel prepared the Appendix for the Court of Appeals for Newsham and Ramsey re denial of qualified immunity; counsel reviewed a multitude of e-mails, pleadings

---

[1]  Abbate was settled on January 24, 2005.

and phone messages; counsel conferred with AAG Koger, AAG Parris and AAG Wilson

re depositions and re preparation of the Briefs and Appendix for the Court of Appeals.

## LEGAL BASIS FOR AWARD

The District of Columbia's obligation to reimburse MPD police officers who

are defendants in civil suits such as this, where the District does not represent them, is

based on D.C. Code § 5-115.04 which states as follows:

> (a)   in accordance with regulations prescribed by the Council of the District of Columbia, the Corporation Counsel of the District of Columbia shall represent any officer or member of the Metropolitan Police Department, if he so requests, in any civil action for damages resulting from an alleged wrongful arrest by such officer or member.

> (b)   if the Corporation Counsel fails or is unable to represent such officer or member when requested to do so, the Mayor of the District of Columbia shall compensate such officer or member for reasonable attorney fees (as determined by the Court) incurred by him in his defense of the action against him.

This case is based on allegations by the plaintiffs that defendant Newsham

falsely arrested them and violated their constitutional rights at Pershing Park on September

27, 2002.

## REASONABLENESS OF THE FEES

Counsel for defendant Newsham has presented to the District monthly

itemized statements of fees and costs for representation since January 1, 2005.  Copies

of the itemized billing statements are enclosed herewith as Exhibit 1.  A copy of Mr. Deso's

Curriculum Vitae and a copy of the *Laffey* matrix were enclosed as Exhibits 2 and 3 to the

first Consent Motion filed on April 27, 2004.  The Office of the Attorney General has

determined that the interim fees requested herein are reasonable, and the District and Assistant Chief Newsham have reached an agreement to pay the interim fees and costs in satisfaction of D.C. Code § 5-115.04, subject to approval of the Court.  Therefore, the parties present for the Court's approval an Order for payment in the amount of $35,509.42 to Mr. Deso in satisfaction of the District's interim obligation under D.C. Code § 5-115.04 for representation provided to Assistant Chief Newsham in this litigation from January 1, 2005 through April 15, 2005.

WHEREFORE, it is requested that the Court approve the agreement of the parties to reimburse to defendant Newsham interim attorney fees and costs incurred on his behalf in the total amount of $35,509.42, to be paid to his counsel, Robert E. Deso, Esq., of Deso, Buckley & Stien, P.C.

Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL

DESO, BUCKLEY & STIEN, P.C.

/s/ Thomas L. Koger
Thomas L. Koger, Esquire
Senior Litigation Counsel - Equity Section I
441 4th Street, N.W., Sixth Floor South
Washington, D.C. 20001

/s/ Robert E. Deso
Robert E. Deso, #174185
1828 L Street, N.W., Suite 660
Washington, D.C. 20036
(202) 822-6333
(202) 822-6665 - Fax
Counsel for Defendant Newsham

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Fourth Consent Motion of Defendant Newsham for Approval of Payment of Interim Attorney Fees, Memorandum of Points and Authorities and proposed Order was e-mailed this 24th  day of May, 2005 to

Thomas L. Koger, Esquire, Civil Litigation Division - Equity Section I, Office of the Attorney

General, 441 - 4th Street, N.W., 6th Floor South, Washington, D.C.  20001.

/s/ Robert E. Deso
Robert E. Deso