UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**RAYMING CHANG**, *et al.*          *

      **Plaintiffs**,          *

v.                                   *     Civil No. 02-02010 (EGS)(AK)

**UNITED STATES**, *et al.*          *

      **Defendants.**          *

_____  *
_____

**JEFFREY BARHAM**, *et al.*          *

      **Plaintiffs**,          *

v.                                    *     Civil No. 02-02283 (EGS)(AK)

**CHARLES H. RAMSEY**, *et al.*,      *

      **Defendants.**          *

_____  *

**FIFTH CONSENT MOTION OF DEFENDANT NEWSHAM
FOR APPROVAL OF PAYMENT OF INTERIM ATTORNEY FEES**

**INTRODUCTION**

This consent motion pertains to the representation of defendant MPD Assistant Chief Peter Newsham by Robert E. Deso, Esquire for the period from April 16, 2005 through August 31, 2005. Normally the Office of Attorney General provides representation for individual MPD police officers. However, in this case, the District did not

represent Assistant Chief Newsham due to a potential conflict of interest. Mr. Deso represented Newsham in the *Chang* and *Barham* cases, at the request of Newsham and the Office of the Attorney General. The Court has granted Newsham's first, second, third and fourth Consent Motions for Approval of Payment of Interim Attorney Fees, for representation from October 22, 2003 through April 15, 2005, by previous Orders and those fees have been paid.

## WORK PERFORMED

During the four and one-half month period for which fees are requested by this motion, counsel provided representation at the depositions of plaintiffs Saligman and Legler in *Barham* on May 13, 2005; Assistant Chief Jordan on June 22, 2005; Ms. Ray-Howell and CDR Maupin on August 26, 2005; counsel finalized the Brief for the Court of Appeals re denial of qualified immunity for Newsham in *Barham*; counsel reviewed the appellees' Brief in *Barham*; counsel prepared a Reply Brief in *Barham;* counsel participated in preparation of the Joint Status Report; counsel reviewed a multitude of e-mails, pleadings and phone messages; counsel conferred with AAG Koger, AAG Parris and AAG Wilson regarding depositions and regarding preparation of the Brief and Reply Brief for the Court of Appeals.

## LEGAL BASIS FOR AWARD

The District of Columbia's obligation to reimburse MPD police officers who are defendants in civil suits such as this, where the District does not represent them, is based on D.C. Code § 5-115.04 which states as follows:

> (a) in accordance with regulations prescribed by the Council of the District of Columbia, the Corporation Counsel of the District of

>    Columbia shall represent any officer or member of the Metropolitan Police Department, if he so requests, in any civil action for damages resulting from an alleged wrongful arrest by such officer or member.
>
> (b) if the Corporation Counsel fails or is unable to represent such officer or member when requested to do so, the Mayor of the District of Columbia shall compensate such officer or member for reasonable attorney fees (as determined by the Court) incurred by him in his defense of the action against him.

This case is based on allegations by the plaintiffs that defendant Newsham falsely arrested them and violated their constitutional rights at Pershing Park on September 27, 2002.

## REASONABLENESS OF THE FEES

Counsel for defendant Newsham has presented to the District monthly itemized statements of fees and costs for representation since April 16, 2005. Copies of the itemized billing statements are enclosed herewith as Exhibit 1. A copy of Mr. Deso's Curriculum Vitae and a copy of the *Laffey* matrix were enclosed as Exhibits 2 and 3 to the first Consent Motion filed on April 27, 2004. The Office of the Attorney General has determined that the interim fees requested herein are reasonable, and the District and Assistant Chief Newsham have reached an agreement to pay the interim fees and costs in satisfaction of D.C. Code § 5-115.04, subject to approval of the Court. Therefore, the parties present for the Court's approval an Order for payment in the amount of $29,672.51 to Mr. Deso in satisfaction of the District's interim obligation under D.C. Code § 5-115.04 for representation provided to Assistant Chief Newsham in this litigation from April 16, 2005 through August 31, 2005.

WHEREFORE, it is requested that the Court approve the agreement of the parties to reimburse to defendant Newsham interim attorney fees and costs incurred on his behalf in the total amount of $29,672.51, to be paid to his counsel, Robert E. Deso, Esq., of Deso, Buckley & Stien, P.C.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the
  District of Columibia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Richard S. Love
Richard S. Love, #340455
Chief, Equity Section I

/s/ Thomas L. Koger
Thomas L. Koger, #427921
Lori S. Parris, #467455
Assistant Attorneys General
441 - 4th Street, N.W., Sixth Floor
Washington, D.C.  20001
(202) 724-6610
(202) 727-3625 - Fax

DESO, BUCKLEY & STIEN, P.C.

/s/ Robert E. Deso
Robert E. Deso, #174185
1828 L Street, N.W., Suite 660
Washington, D.C. 20036
(202) 822-6333
(202) 822-6665 - Fax
Counsel for Defendant Newsham

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Fifth Consent Motion of Defendant Newsham for Approval of Payment of Interim Attorney Fees, Memorandum of Points and Authorities and proposed Order was e-mailed this 11th day of October, 2005 to Thomas L. Koger, Esquire, Civil Litigation Division - Equity Section I, Office of the Attorney General, 441 - 4th Street, N.W., 6th Floor South, Washington, D.C.  20001.

/s/ Robert E. Deso
Robert E. Deso