UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**RAYMING CHANG,** *et al.*          *

       Plaintiffs,          *

   v.          *          Civil No. 02-02010 (EGS)(AK)

**UNITED STATES,** *et al.*          *

       Defendants.          *

_____          *
_____

**JEFFREY BARHAM,** *et al.*          *

       Plaintiffs,          *

   v.          *          Civil No. 02-02283 (EGS)(AK)

**CHARLES H. RAMSEY,** *et al.*,          *

       Defendants.          *

_____          *

### SIXTH CONSENT MOTION OF DEFENDANT NEWSHAM
### FOR APPROVAL OF PAYMENT OF INTERIM ATTORNEY FEES

**INTRODUCTION**

      This consent motion pertains to the representation of defendant MPD Assistant Chief Peter Newsham by Robert E. Deso, Esquire for the period from September 1, 2005 through December 31, 2005. Normally the Office of Attorney General provides representation for individual MPD police officers. However, in this case, the District did not

represent Assistant Chief Newsham due to a potential conflict of interest. Mr. Deso represents Newsham in the *Chang* and *Barham* cases, at the request of Newsham and the Office of the Attorney General. The Court has granted Newsham's first, second, third, fourth and fifth Consent Motions for Approval of Payment of Interim Attorney Fees, for representation from October 22, 2003 through August 31, 2005, by previous Orders and those fees have been paid.

## WORK PERFORMED

During the four month period for which fees are requested by this motion, counsel prepared responsive pleadings to the Third Amended Complaints in Chang and Barham; counsel provided representation at the R.30(b)(6) deposition of MPD Inspector Klein on September 9, 2005 and MPD Captain Herald on September 14, 2005; counsel prepared and presented oral argument in the Court of Appeals re denial of qualified immunity for Newsham in *Barham* on October 18, 2005; counsel reviewed a multitude of e-mails, pleadings and phone messages; counsel conferred with AAG Koger, AAG Parris and AAG Wilson regarding depositions and regarding oral argument for the Court of Appeals.

## LEGAL BASIS FOR AWARD

The District of Columbia's obligation to reimburse MPD police officers who are defendants in civil suits such as this, where the District does not represent them, is based on D.C. Code § 5-115.04 which states as follows:

> (a)  in accordance with regulations prescribed by the Council of the District of Columbia, the Corporation Counsel of the District of Columbia shall represent any officer or member of the Metropolitan Police Department, if he so requests, in any civil

     action for damages resulting from an alleged wrongful arrest by such officer or member.

 (b) if the Corporation Counsel fails or is unable to represent such officer or member when requested to do so, the Mayor of the District of Columbia shall compensate such officer or member for reasonable attorney fees (as determined by the Court) incurred by him in his defense of the action against him.

This case is based on allegations by the plaintiffs that defendant Newsham falsely arrested them and violated their constitutional rights at Pershing Park on September 27, 2002.

## REASONABLENESS OF THE FEES

Counsel for defendant Newsham has presented to the District monthly itemized statements of fees and costs for representation since September 1, 2005. Copies of the itemized billing statements are enclosed herewith as Exhibit 1. A copy of Mr. Deso's Curriculum Vitae and a copy of the *Laffey* matrix were enclosed as Exhibits 2 and 3 to the first Consent Motion filed on April 27, 2004. The Office of the Attorney General has determined that the interim fees requested herein are reasonable, and the District and Assistant Chief Newsham have reached an agreement to pay the interim fees and costs in satisfaction of D.C. Code § 5-115.04, subject to approval of the Court. Therefore, the parties present for the Court's approval an Order for payment in the amount of $21,927.82 to Mr. Deso in satisfaction of the District's interim obligation under D.C. Code § 5-115.04 for representation provided to Assistant Chief Newsham in this litigation from September 1, 2005 through December 31, 2005.

WHEREFORE, it is requested that the Court approve the agreement of the parties to reimburse to defendant Newsham interim attorney fees and costs incurred on

his behalf in the total amount of $21,927.82, to be paid to his counsel, Robert E. Deso,

Esq., of Deso, Buckley & Stien, P.C.

|  |  |
|---|---|
|  | Respectfully submitted, |
| ROBERT J. SPAGNOLETTI<br>Attorney General for the<br>  District of Columibia | DESO, BUCKLEY & STIEN, P.C. |
| GEORGE C. VALENTINE<br>Deputy Attorney General<br>Civil Litigation Division | /s/ Robert E. Deso<br>Robert E. Deso, #174185<br>1828 L Street, N.W., Suite 660<br>Washington, D.C. 20036<br>(202) 822-6333 |
| /s/ Richard S. Love<br>Richard S. Love, #340455<br>Chief, Equity Section I | (202) 822-6665 - Fax<br>Counsel for Defendant Newsham |
| /s/ Thomas L. Koger<br>Thomas L. Koger, #427921<br>Lori S. Parris, #467455<br>Assistant Attorneys General<br>441 - 4th Street, N.W., Sixth Floor<br>Washington, D.C.  20001<br>(202) 724-6610<br>(202) 727-3625 - Fax |  |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Fifth Consent Motion of Defendant Newsham for Approval of Payment of Interim Attorney Fees, Memorandum of Points and Authorities and proposed Order was e-mailed this 8th day of March, 2006 to Thomas L. Koger, Esquire, Civil Litigation Division - Equity Section I, Office of the Attorney General, 441 - 4th Street, N.W., 6th Floor South, Washington, D.C.  20001.

/s/ Robert E. Deso
Robert E. Deso