**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| RAYMING CHANG et al., | ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | Civil Action No. 1:02cv2010 (EGS) |
| UNITED STATES OF AMERICA et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS AMY CHASTAIN,
ELIZABETH YOUNG, AND MEAGHAN ENRIGHT**

Pursuant to Local Civil Rule 83.6(c), the undersigned respectfully request the Court's permission to withdraw their appearances as counsel for Plaintiffs Amy Chastain, Elizabeth Young, and Meaghan Enright in the above-captioned action. Counsel will continue to represent Plaintiffs RayMing Chang, Young Choi, Leanne Lee, and Christopher Zarconi.

Counsel has recently become aware of the potential for conflicts of interest to arise if they continue to represent Mmes. Chastain, Young, and Enright – all of whom have accepted Rule 68 offers of judgment tendered by the defendants affiliated with the District of Columbia but have active claims against the Federal Defendants and the Fairfax County Sheriff's Department. In particular, the District Defendants have now filed a motion for declaratory judgment, which suggests that Plaintiffs Chastain, Young, and Enright might be required to indemnify the District for damages and costs if Plaintiffs Chang, Choi, Lee, and Zarconi are successful in limiting the effect of the District Defendants' Rule 68 offers. Under such

circumstances, there is no ethical way for the same counsel to represent both sets of Plaintiffs. D.C. Rule of Prof. Cond. 1.7.

Pursuant to Local Civil Rule 83.6(c), Mmes. Chastain, Young, and Enright each have been advised to obtain other counsel, or, if she intends to conduct the case against the remaining defendants *pro se* or to object to the withdrawal, to so notify the Clerk in writing within five days of service of the motion.

As evidenced by the attached letters, Amy Chastain (Exhibit A) and Elizabeth Young (Exhibit B[1/]), both of whom are now licensed attorneys, consent to this motion to withdraw. Counsel has been unable to contact Meaghan Enright, despite repeated attempts to reach her by electronic mail, telephone, and mail. Counsel has been informed that Ms. Enright left the country and now lives abroad. As such, Counsel has been unable obtain her informed consent to continued representation and moves to withdraw from representing her in light of the potential for conflicts of interest to arise. *See* D.C. Rule of Prof. Cond. 1.7(c).

In accord with Local Civil Rule 7(m), undersigned counsel have conferred with counsel for the defendants. The Federal Defendants have advised, though counsel, that they consent to this motion. Defendant Newsham has advised that he takes no position. Counsel for the District Defendants has stated that his clients "are not in a position to consent" without reviewing the filed motion. Counsel for the Fairfax County Sheriff's Department and Chief Ramsey (in his personal capacity) have not yet responded to the request for consent.

---

[1/] The version of the letter attached as an exhibit was transmitted via electronic mail by on April 3, 2004, but the signed copy has not yet arrived. We will be happy to provide a signed copy at the Court's request.

                    Respectfully submitted,

                    Jonathan Turley (D.C. Bar No. 417674)
                    2000 H Street, N.W. Washington, D.C. 20052
                    (202) 994-7001


                    _____/s/_____
                    Daniel C. Schwartz (D.C. Bar No. 017749)
                    Jacob A. Kramer (D.C. Bar No. 494050)
                    Nikki A. Ott (D.C. Bar No. 495047)
                    David Alan Zetoony (D.C. Bar No. 486456)
                    Scott M. Badami (D.C. Bar No. 435375)
                    BRYAN CAVE LLP
                    700 Thirteenth Street, N.W., Suite 700
                    Washington, D.C. 20005
                    (202) 508-6000

                    Counsel for the *Chang* Plaintiffs

Dated: April 4, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2006 I caused copies of the foregoing Motion to Withdraw to be served via electronic mail and federal express upon the following parties. I further certify that on April 4, 2006, I caused notices to be served via electronic mail and federal express advising each of the following parties that she should obtain other counsel, or, if she intends to conduct this case *pro se* or to object to withdrawal, to so notify the Clerk in writing within five days of service of the Motion to Withdraw.

> Amy Chastain
> 709 Fillmore Street, Apt. 4
> San Francisco, CA  94117
>
> Elizabeth Young
> 542 Linden Street, No. 3
> San Francisco, CA  94102
>
> Meaghan Enright
> 5000-4A Enighed #217
> St John, VI  00830

I further certify that on April 4, 2006, I caused copies of the foregoing Motion to Withdraw be served by electronic means, upon the following:

Counsel for the Federal Defendants

> Marina Braswell
> Assistant United States Attorney
> Office of the U.S. Attorney
> For the District of Columbia
> 555 4th Street, N.W., Room 10-413
>
> Washington, D.C. 20530

Counsel for the District Defendants

> Thomas Koger
> Lori S. Parris
> Office of the Corporation Counsel
> 441 4th Street, N.W. – 6th Floor
> Washington, D.C. 20001

Counsel for Defendant Peter J. Newsham

Robert E. Deso, Esq.
1828 L Street, N.W., Suite 600
Washington, D.C. 20004

Counsel for Defendant Charles H. Ramsey

Mark H. Tuohey III
John M. Faust
Justin M. Shellaway
Vinson & Elkins LLP
The Willard Officer Building
1455 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-1008

Counsel for Defendant Fairfax County Sheriff's Department

Kevin J. O'Connell
Alex Francuzenko
O'Connell, O'Connell & Sarsfield
401 East Jefferson Street
Suite 204
Rockville, MD  20850

                    _____/s/_____
                                Jacob A. Kramer