## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RAYMING CHANG, *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | Civil No. 02-02010 (EGS)(AK) |
| UNITED STATES, *et al.* | * | |
| Defendants. | * | |
| | * | |
| JEFFREY BARHAM, *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | Civil No. 02-02283 (EGS)(AK) |
| CHARLES H. RAMSEY, *et al.,* | * | |
| Defendants. | * | |
| | * | |

## CONSENT ORDER

Upon consideration of the Seventh Consent Motion of Defendant Newsham

for Approval of Payment of Interim Attorney Fees, the pleadings and the record herein, and

for good cause shown, it is this Court's finding, pursuant to D.C. Code § 5-115.04, that

payment of interim attorney fees and costs in the amount of $13,245.82, for representation

of defendant Peter Newsham by Robert E. Deso, Esq. for the period from January 1, 2006

H:\RDeso\1302.05036 Newsham\Pleadings\7thOrderConMotforAppvlPymnt.wpd

through October 31, 2006 in this litigation is reasonable, and it is therefore, this ___ day

of _____ 2006 hereby

ORDERED that the District of Columbia shall pay the sum of $13,245.82 to

Robert E. Deso, counsel for defendant Newsham, for legal fees and costs, pursuant to

D.C. Code  § 5-115.04, for legal representation herein from January 1, 2006 through

October 31, 2006.

Emmet G. Sullivan, Judge
United States District Court for the
District of Columbia

Copies To:

cc:    Thomas L. Koger, Esquire
       Senior Litigation Counsel - Equity Section I
       441 4th Street, N.W., Sixth Floor South
       Washington, D.C. 20001

       Robert E. Deso, Esquire
       Deso, Buckley & Stien, P.C.
       1828 L Street, N.W.  Suite 660
       Washington, D.C. 20036