UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**RAYMING CHANG**, *et al.*              *

      Plaintiffs,              *

v.                                       *        Civil No. 02-02010 (EGS)(AK)

**UNITED STATES**, *et al.*              *

      Defendants.              *

_____           *

_____

**JEFFREY BARHAM**, *et al.*             *

      Plaintiffs,              *

v.                                       *        Civil No. 02-02283 (EGS)(AK)

**CHARLES H. RAMSEY**, *et al.*,         *

      Defendants.              *

_____           *

**NINTH CONSENT MOTION OF DEFENDANT NEWSHAM
FOR APPROVAL OF PAYMENT OF INTERIM ATTORNEY FEES**

**INTRODUCTION**

This consent motion pertains to the representation of defendant MPD Assistant Chief Peter Newsham by Robert E. Deso, Esquire for the period from March 1, 2007 through May 31, 2007. Normally the Office of Attorney General provides representation for individual MPD police officers. However, in this case, the District did not

represent Assistant Chief Newsham due to a potential conflict of interest. Mr. Deso represents Newsham in the *Chang* and *Barham* cases, at the request of Newsham and the Office of the Attorney General. The Court has granted eight previous Consent Motions for Approval of Payment of Interim Attorney Fees, for representation from October 22, 2003 through February 28, 2007, by previous Orders and those fees have been paid.

## WORK PERFORMED

During the three month period for which fees are requested by this Motion, counsel prepared three complicated substantive motions and supporting pleadings, not yet filed, in conjunction with the Office of the Attorney General, and counsel participated in many telephone conferences with AAG Koger.

## LEGAL BASIS FOR AWARD

The District of Columbia's obligation to reimburse MPD police officers who are defendants in civil suits such as this, where the District does not represent them, is based on D.C. Code § 5-115.04 which states as follows:

> (a) in accordance with regulations prescribed by the Council of the District of Columbia, the Corporation Counsel of the District of Columbia shall represent any officer or member of the Metropolitan Police Department, if he so requests, in any civil action for damages resulting from an alleged wrongful arrest by such officer or member.
>
> (b) if the Corporation Counsel fails or is unable to represent such officer or member when requested to do so, the Mayor of the District of Columbia shall compensate such officer or member for reasonable attorney fees (as determined by the Court) incurred by him in his defense of the action against him.

This case is based on allegations by the plaintiffs that defendant Newsham falsely arrested them and violated their constitutional rights at Pershing Park on September 27, 2002.

## **REASONABLENESS OF THE FEES**

Counsel for defendant Newsham has presented to the District monthly itemized statements of services, fees and costs for representation since March 1, 2007. The District has reviewed and approved those statements. A copy of Mr. Deso's Curriculum Vitae and a copy of the then current *Laffey* matrix were enclosed as Exhibits 2 and 3 to the first Consent Motion filed on April 27, 2004. The Office of the Attorney General has determined that the interim fees requested herein are reasonable, and the District and Assistant Chief Newsham have reached an agreement to pay the interim fees and costs in satisfaction of D.C. Code § 5-115.04, subject to approval of the Court. Therefore, the parties present for the Court's approval an Order for payment in the amount of $28,967.87 to Mr. Deso in satisfaction of the District's interim obligation under D.C. Code § 5-115.04 for representation provided to Assistant Chief Newsham in this litigation from March 1, 2007 through May 31, 2007.

WHEREFORE, it is requested that the Court approve the agreement of the parties to reimburse to defendant Newsham interim attorney fees and costs incurred on his behalf in the total amount of $28,967.87, to be paid to his counsel, Robert E. Deso, Esq., of Deso & Buckley, P.C.

|  |  |
|---|---|
|  | Respectfully submitted, |
| LINDA SINGER<br>Attorney General for the<br>District of Columibia | DESO & BUCKLEY, P.C. |
| GEORGE C. VALENTINE<br>Deputy Attorney General<br>Civil Litigation Division | /s/ Robert E. Deso<br>Robert E. Deso, #174185<br>1828 L Street, N.W., Suite 660<br>Washington, D.C. 20036<br>(202) 822-6333 |
| ELLEN A. EFROS<br>Chief, Equity Section I | (202) 822-6665 - Fax<br>Counsel for Defendant Newsham |

/s/ Thomas L. Koger
Thomas L. Koger, #427921
Senior Assistant Attorney General
441 - 4th Street, N.W., Sixth Floor
Washington, D.C. 20001
(202) 724-6610
(202) 727-3625 - Fax

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that copies of the foregoing Ninth Consent Motion of Defendant Newsham for Approval of Payment of Interim Attorney Fees, Memorandum of Points and Authorities and proposed Order was e-mailed this 10th day of July, 2007 to Thomas L. Koger, Esquire, Civil Litigation Division - Equity Section I, Office of the Attorney General, 441 - 4th Street, N.W., 6th Floor South, Washington, D.C. 20001.

                                                           /s/ Robert E. Deso
                                                           Robert E. Deso