UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RAYMING CHANG,** *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | **Civil No. 02-02010 (EGS)(AK)** |
| **UNITED STATES,** *et al.* | * | |
| Defendants. | * | |
| | * | |
| **JEFFREY BARHAM,** *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | **Civil No. 02-02283 (EGS)(AK)** |
| **CHARLES H. RAMSEY,** *et al.,* | * | |
| Defendants. | * | |
| | * | |

## CONSENT ORDER

Upon consideration of the Ninth Consent Motion of Defendant Newsham for Approval of Payment of Interim Attorney Fees, the pleadings and the record herein, and for good cause shown, it is this Court's finding, pursuant to D.C. Code § 5-115.04, that payment of interim attorney fees and costs in the amount of $28,967.87, for representation of defendant Peter Newsham by Robert E. Deso, Esq. for the period from March 1, 2007

through May 31, 2007 in this litigation is reasonable, and it is therefore, this \_\_\_ day of _____ 2007 hereby

**ORDERED** that the District of Columbia shall pay the sum of $28,967.87 to Robert E. Deso, counsel for defendant Newsham, for legal fees and costs, pursuant to D.C. Code § 5-115.04, for legal representation herein from March 1, 2007 through May 31, 2007.

_____
Emmet G. Sullivan, Judge
United States District Court for the
  District of Columbia

Copies To:

cc:    Thomas L. Koger, Esquire
       Senior Assistant Attorney General - Equity Section I
       441 4th Street, N.W., Sixth Floor South
       Washington, D.C. 20001

       Robert E. Deso, Esquire
       Deso, Buckley & Stien, P.C.
       1828 L Street, N.W.  Suite 660
       Washington, D.C. 20036