**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                                    :
RAYMING CHANG, *et al.,*                          :
                                                                    :
        Plaintiffs,                                      :
  v.                                                           :  Civ. Action No. 02-2010 (EGS)
                                                                    :
THE UNITED STATES OF AMERICA, *et al.*,   :
                                                                    :
        Defendants.                                   :
_____:
                                                                    :
JEFFREY BARHAM, *et al.*,                        :
                                                                    :
        Plaintiffs,                                      :
                                                                    :
  v.                                                           :  Civ. Action No. 02-2283 (EGS)
                                                                    :
CHARLES H. RAMSEY, *et al.*,                   :
                                                                    :
        Defendants.                                   :
_____:

**DEFENDANT DISTRICT OF COLUMBIA'S *CONSENT* MOTION REQUESTING THE COURT HOLD IN ABEYANCE ACTION ON CHARLES H. RAMSEY'S PENDING MOTIONS FOR AN AWARD OF ATTORNEY FEES**

      Defendant, District of Columbia ("District"), respectfully moves this Court to hold in abeyance Charles H. Ramsey's Consent Motions For An Award Of Attorneys Fees filed in these related cases earlier today (*Chang* Dkt # 402; *Barham* Dkt # 419). These filings purport to reflect existence of a mutual understanding between the District and Charles H. Ramsey regarding an award of attorney's fees, which is, at this point, inchoate. The District requests that the Court not act on these motions until such time as the District has confirmed its consent.

In accordance with LCvR 7(m) undersigned has requested and received Superintendent Ramsey's consent to this motion.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        s/ Ellen A. Efros
        ELLEN A. EFROS [250746]
        Chief, Equity Section I

        s/ Thomas L. Koger
        THOMAS L. KOGER [427921]
        Senior Assistant Attorney General
        Equity Section I
        441 Fourth Street, NW, Sixth Floor South
        Washington, D.C. 20001
        Ph: (202) 724-6610
        Fax: (202) 727-3625

        Counsel for Defendant District of Columbia

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RAYMING CHANG, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants. | Civ. Action No. 02-2010 (EGS) |
| JEFFREY BARHAM, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHARLES H. RAMSEY, *et al.*, <br><br> Defendants. | Civ. Action No. 02-2283 (EGS) |

## **ORDER**

Upon due consideration of Defendant District of Columbia's Consent Motion Requesting The Court Hold In Abeyance Action On Charles H. Ramsey's Pending Motions For An Award Of Attorney Fees, the record herein, and the interests of justice, it is this ___ day of June, 2008,

ORDERED that the District's motion is GRANTED; and it is further

ORDERED that Charles H. Ramsey's motions for attorneys fees filed on June 27, 2008, (*Chang* Dkt # 402; *Barham* Dkt # 419) are held in abeyance until such time as the District has confirmed its consent.

EMMET G. SULLIVAN
United States District Judge

Serve upon:
All Counsel of Record

3