KATHLEEN PATTERSON
507 G Street SE
Washington DC 20003

**RECEIVED**

AUG 2 8 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

August 20, 2009

The Honorable Emmet G. Sullivan
U.S. District Court for the District of Columbia
333 Constitution Avenue NW
Washington D.C. 20001

Dear Judge Sullivan:

I write to clear up any confusion that may have been created concerning the Council Committee on the Judiciary investigation of the Metropolitan Police Department handling of demonstrations in Pershing Park in September, 2002, by erroneous statements included in the *Declaration of Peter J. Nickles* recently filed in the *Chang* and *Barham* cases pending before the court.

In paragraph 19 of that document, Mr. Nickles writes that he was informed that the Judiciary Committee issued a subpoena in September 2003 for the "Running Resume for the September 2002 International Monetary Fund/World Bank protests." This is correct. The *subpoena duces tecum* issued by me on September 29, 2003, to Police Chief Charles Ramsey included the request for "SOCC/JOCC print-outs for the April 2000 and September 2002 IMF/World Bank protests." Mr. Nickles adds: "It has been represented to me that the MPD Office of the General Counsel did not receive, much less lose or destroy, the Running Resume." This representation is incorrect. While our request for the 2002 running resume was problematic, and we had to reiterate the request in writing on two occasions, we did receive what was described as the "SOCC/JOCC running resume" on November 21, 2003 with a cover letter from MPD General Counsel Terrence Ryan. In this correspondence Mr. Ryan wrote, "Enclosed are the SOCC/JOCC running resumes for the two listed events" (from 2000 and 2002) and "The department has substituted the SOCC/JOCC running resumes for the Commander's Mass Demonstration Event Logs. The running resumes for the above listed events are being produced today."

The Committee subsequently referred to the running resume in the report, in identifying Chief Ramsey's location at a particular point in time on September 27, 2002. I enclose a copy of Mr. Ryan's November 21, 2003, letter. I note that the signature line appears to read, "Ronald B. Harris for Terrence D. Ryan."

Also of concern is paragraph 20 of Mr. Nickles' submission. He states that the Judiciary Committee *Report on Investigation of [the] Metropolitan Police Department's Policy and Practice in Handling Demonstrations in the District of Columbia* was "authored in

March 2004 by now-Councilmember Mary Cheh." As this Court knows, the report was authored by me while Councilmember Cheh, at that time, served as special counsel to the Committee.

In that paragraph Mr. Nickles cites the Judiciary report and the manner in which the Committee reconstructed the events of September 27, 2002, including "reviewing MPD after-action reports, and the Department's 'running resume' that logs events reported throughout the day." This is accurate. He then states that "OAG was denied access to these materials." This is not true. By the conclusion of the Committee's investigation – and the publication of the Committee report on March 24, 2004 -- the thousands of pages of documents gathered by the investigation were made public, with the exception of depositions taken from two undercover officers, and a portion of the deposition taken from Assistant Chief Peter Newsham.

The Committee followed rules of procedure that required that all documents received in response to subpoena, and all sworn statements taken in response to subpoena, were deemed confidential, as if given to the Committee in executive session. On December 4, 2003, the Judiciary Committee voted to release from executive session the bulk of the documents received under subpoena from the Metropolitan Police Department. We made the documents public at that time because we planned to make use of the information during two days of public hearings held two weeks later. What we made publicly available included, according to Committee memorandum, "Every document provided to the Committee by the Metropolitan Police Department as of November 21, 2003, pursuant to subpoenas *duces tecum*" and "testimony taken during oral depositions of the following witnesses," which included statements of 18 police officers and officials and two officials of the Department of Fire and Emergency Medical Services. I enclose a copy of the committee memorandum.

Similarly, we voted to make additional documents public at a Committee meeting on March 4, 2004, to enable the Committee to include statements in the report to be published two weeks later. I enclose a copy of the relevant committee memorandum. Our rules of procedure required a 10-day lapse of time in which those who gave depositions, and the executive branch agencies that provided documents, could raise objections to the public release of information, though of course the Committee retained the right to make the final determination.

To the best of my knowledge, all of the Committee's investigation files remain available today for public review through the Office of the Secretary of the Council.

Mr. Nickles makes reference to a subpoena seeking documents provided to the Committee, but the Committee on the Judiciary was never the subject of an OAG subpoena – that would have been unnecessary, since, as indicated, the documents had been placed in the public domain. Rather, a subpoena was issued to Councilmember Cheh, by then a private citizen, no longer special counsel to the Committee, and not the holder of any of the official committee records. As Mr. Nickles' declaration indicates, that subpoena was quashed by the Court.

I hope these comments and enclosed documents clarify what may have been made confusing by the declaration received by the Court. I would be happy to assist the Court in any way, to the end of seeing these cases brought to a conclusion.

Thank you for your consideration.

Sincerely yours,

*Kathy Patterson*

Kathy Patterson


Enclosures

cc:   Councilmember Cheh
      Councilmember Mendelson
      Peter Nickles
      Mara Verhayden-Hilliard

Council of the District of Columbia
Committee on the Judiciary
**Confidential Memorandum**

**RECEIVED**
**AUG 2 8 2009**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1350 Pennsylvania Ave. NW, Washington, D.C. 20004

To: Members of the Committee on the Judiciary

From: Kathy Patterson, Chairperson, Committee on the Judiciary

Date: March 4, 2004

Subject: Release of testimony and documents relative to the Committee on the Judiciary's investigation into the current policies and practices of the Metropolitan Police Department related to demonstrations within the District of Columbia.

At today's Committee on the Judiciary meeting, I will be asking the Committee to vote out of executive session certain information related to its investigation into the current policies and practices of the Metropolitan Police Department related to demonstrations within the District of Columbia.

The rules governing the Committee's investigation specify that any information received by the Committee through subpoena is received as if the Committee is in executive session, meaning, the information is confidential. Information received by the Committee in executive session can only be released by the Committee or made public after a public vote of the Committee, pursuant to Council Rule 504(c).

The Committee is preparing to release the final report of its investigation and needs to include in the report information that is currently in executive session.

In order to place information on the public record, Council rules require that those parties affected by this action be notified and given an opportunity to request that certain information not be released. The Committee has contacted all affected parties and informed them of the action I am requesting of the Committee and the process to be followed if they wish to request that certain information not be released from executive session. The Committee has, to date, received one objection to the release of information, from Intelligence Unit Sergeant Jeffery Madison. Attached is a copy of Sergeant Madison's objection and my response.

At today's committee meeting, I will be asking the Committee to release the following information, *effective March 11, 2004*:

- o Excerpts of testimony received during the depositions of Intelligence Unit Sgt. Jeffery Madison and Intelligence Unit analyst Craig Broyles. The excerpts I am requesting the Committee to release are attached.
- o Excerpts of testimony received during the depositions of two former undercover officers. I am maintaining the names and identifying information related to these officers in

1

2

executive session at their request and at the request of the Office of Corporation Counsel because it is law enforcement sensitive information. The excerpts of their deposition testimony that I am requesting the Committee to release from executive session are attached.
- The following documents received from the Metropolitan Police Department: page 165 from the April 2000 operational plan; pages 74, 103 and 121, partially redacted, from the September 2002 operational plan; excerpts from the Special Investigations Branch, Intelligence Section, Undercover Officer Standard Operating Procedures (copy attached); and an April 3, 2000 memo from Intelligence Unit Lieutenant Lorraine Kittrell to Chief Ramsey about the convergence center.
- Two internal e-mails from the George Washington University (copies attached).

Please note that the above information is confidential and should stay within the Committee on the Judiciary until March 11, 2004, pursuant to Council rules.

Thank you for your consideration of this matter. If you have any questions, please do not hesitate to contact me at 724-8062.

Enclosure

**RECEIVED**

AUG 2 8 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Council of the District of Columbia
Committee on the Judiciary
**Confidential Memorandum**

1350 Pennsylvania Ave. NW, Washington, D.C. 20004

To:         Members of the Committee on the Judiciary

From:      Kathy Patterson, Chairperson, Committee on the Judiciary

Date:      December 3, 2003

Subject:   Release of testimony and documents relative to the Committee on the Judiciary's investigation into the current policies and practices of the Metropolitan Police Department related to demonstrations within the District of Columbia.

As you know, on April 28, 2003, the Committee on the Judiciary authorized an investigation into the current policies and practices of the Metropolitan Police Department related to demonstrations within the District of Columbia as well as rules governing the investigation. A copy of the authorizing resolution and the rules of the investigation are attached.

The rules governing the Committee's investigation specify that any information received by the Committee through subpoena is received as if the Committee is in executive session, meaning, the information is confidential. Information received by the Committee in executive session can only be released by the Committee or made public after a public vote of the Committee, pursuant to Council Rule 504(c).

The Committee has public hearings related to its investigation scheduled for December 17 and 18, 2003. The purpose of the hearings is to both conduct additional fact finding as part of the investigation, and to ask the executive branch to respond to findings of the Committee thus far, including tentative findings based on information gained during the depositions and documents supplied to the Committee through the issuance of subpoenas. Therefore, Committee members may need to reference testimony gained during the depositions during the public hearing, which cannot be done without bringing the testimony into the public domain through Committee action.

The Committee also plans to summarize its findings and recommendations relevant to its investigation in a final report, to be released, tentatively, in January 2004. Again, in order to reference deposition testimony as part of the final report, the testimony has to be released from executive session.

In order to place information on the public record, Council rules require that those parties affected by this action be notified and given ten days to request that certain information not be released. The Committee has contacted all affected parties and informed them of the action I am requesting of the Committee and the process to be followed if they wish to request that certain information not be released from executive session.

At tomorrow's committee meeting, I will be asking the Committee to release the following information:

1. Every document provided to the Committee by the Metropolitan Police Department as of November 21, 2003 pursuant to subpoenas *duces tecum* issued by the Committee on July 15, 2003, July 24, 2003, August 6, 2003 and September 29, 2003. Attached is a November 21, 2003 letter from MPD General Counsel Terrence Ryan that summarizes all of the documents subpoenaed and received by the Committee. (Many of these documents are heavily redacted and it is the documents <u>as received</u> we are recommending for release. We are continuing to negotiate for receipt of some items without or with less redactions.)

2. MPD Chief Charles Ramsey's responses to two written depositions issued by the Committee on August 12, 2003 and October 10, 2003.

3. Every document provided to the Committee by the Fire and Emergency Medical Services Department (FEMS) pursuant to a subpoena *duces tecum* issued by the Committee on October 7, 2003. That subpoena requested the following:

    o All correspondence, documents, and notices or recorded communications including radio runs, related to the Fire and Emergency Medical Services Department's inspection of 1328 Florida Avenue, N.W. on April 15, 2000, including but not limited to any correspondence from the Metropolitan Police Department requesting a Fire and Emergency Medical Services Department inspection of that property, any reports issued as a result of that inspection, and any related correspondence between the Fire and Emergency Medical Services Department and any other government agency or outside entity, including Douglas Development Corporation; and

    o All records of Fire and Emergency Medical Services Department inspections of 1328 Florida Avenue, N.W. prior to April 15, 2000 and since that date.

4. FEMS Chief Adrian Thompson's response to a written deposition issued by the Committee on October 16, 2003.

5. Testimony taken during oral depositions of the following witnesses:

    MPD Assistant Chief Alfred Broadbent
    MPD Captain Josh Ederheimer
    MPD Sergeant Keith DeVille
    MPD Executive Assistant Chief Michael Fitzgerald
    MPD Sergeant Joe Gentile
    MPD Lieutenant Jeffery Herold
    MPD Assistant Chief Brian Jordan
    MPD Captain Matthew Klein

       MPD Captain Ralph McLean
       MPD Sergeant James McCoy
       MPD Sergeant James McGuire
       MPD Commander Thomas McGuire
       MPD Assistant Chief Peter Newsham
       FEMS Deputy Chief James Short
       MPD Captain Andrew Solberg
       MPD Commander William Ponton
       FEMS Chief Adrian Thompson
       MPD Sergeant Michael Thornton
       MPD employee Neil Trugman
       MPD Inspector Stanly Wigenton

<u>Please note that the above information is confidential and should stay within the Committee on the Judiciary until after the Committee votes during tomorrow's meeting to make the information public as of December 17, 2003, pursuant to Council rules.</u>

Thank you for your consideration of this matter. If you have any questions, please do not hesitate to contact me at 724-8062.



GOVERNMENT OF THE DISTRICT OF COLUMBIA
METROPOLITAN POLICE DEPARTMENT

**RECEIVED**

AUG 2 8 2009

NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

November 21, 2003

Honorable Kathy Patterson
Chairperson
Committee On The Judiciary
Council Of The District of Columbia
1300 Pennsylvania Avenue, N.W., Suite 107
Washington, D.C. 20004

Re: Production of documents pursuant to subpoena

Dear Chairperson Patterson,

We are today producing the remaining outstanding items in response to the Committee's subpoenas issued July 15, July 24, August 6, August 29, and September 29, 2003. We have included with this production the redaction logs that we have prepared to date. The remainder of the redaction logs will be produced as soon as they are completed but no later than Wednesday, November 26, 2003. Specifically, the documents produced today are as follows:

**July 15, 2003 Subpoena**

> **All records of the Pershing Park investigative report, from each stage of the investigation, including, but not limited to, all reports compiled, documentation of every interview, and all drafts of the report itself.**

> We have submitted all documents that are responsive to this request

> **A list of all of the officers who made arrests at Pershing Park on September 27, 2002.**

> We have submitted all documents that are responsive to this request

> **All policy, training, planning, intelligence and operational documents and videotapes related to the handling of the demonstrations dating from January 1998 to the present including, but not limited to: Metropolitan Police Department's IMF/World Bank operational manual referenced on page five of the Pershing Park investigation report; a copy of the**

Honorable Kathy Patterson
November 21, 2003
Page Two

> videotape taken by MPD personnel of Pershing Park referenced on page eight of the Pershing Park report; MPD's Mass Demonstration handbook, referenced on page eleven of the Pershing Park report; any documents created within MPD and shared with federal law enforcement authorities; and the training video produced by SRB Productions for IMF 2001 approved by Steve Gaffigan.

With respect to the above, you have narrowed your request to cover documents related to (1) the Million Mom March, (2) the April 2000 IMF/WB demonstrations; (3) the March 2002 Right To Life demonstrations, (4) the April 2002 anti-war demonstrations, (5) the April 2002 IMF demonstrations; (6) the September 2002 IMF demonstrations; and (7) the April 2003 anti-war demonstrations.

The operations manuals for the April 2000 IMF/WB demonstrations, the March (sic) 2002 Right To Life demonstrations (these demonstrations took place in January 2002), the April 2002 IMF/WB demonstrations and the April 2003 Anti-War demonstrations are being produced today. The Million Mom March was a U.S. Park Police event, thus, the department did not prepare any operational documents.

We have previously given your staff five videotapes that were specifically requested. We have a number of videotapes from various demonstrations. They are available for review. We have located additional videotapes related to April 2000 IMF/WB protests as set forth below.

We have not located any documents that were created within the department and shared with federal law enforcement agencies. The operations plans are not disseminated outside the department.

**All correspondence to and from the police departments of Chicago, Seattle, Philadelphia, and Los Angeles pertaining to demonstrations between January 1, 1999 and January 30, 2001.**

We have located a copy of a form letter that was sent to the Chicago, Los Angeles and Philadelphia police departments concerning sending officers to assist MPD during IMF/WB demonstrations. We will of course produce any other documents should we later discover them.

MPD 04268

Honorable Kathy Patterson
November 21, 2003
Page Three

**All letters of reprimand and any other disciplinary notices issued to MPD personnel as a result of the Pershing Park investigation.**

We have produced all documents responsive to this request.

**All general orders and regulations related to the handling of demonstrations, past and current from 1970 to the present.**

Your staff has reviewed a number of documents comprising the department's historical files concerning the handling of demonstrations. We have provided your staff with copies of all documents they deemed relevant.

**All records related to the September 2002 repair of computer systems used for prisoner processing, including the "routine update" of the CJIS database, over the weekend of September 27, 2002.**

We have produced all documents that are responsive to this request.

**All correspondence with colleges and universities in the District including, but not limited to, George Washington University and American University pertaining to cancellation of classes and/or closing of facilities before and during IMF/World Bank demonstrations in April 2000.**

We have not located any documents that are responsive to this request.

**All correspondence to and from the Fire and Emergency Medical Services Department and the Department of Consumer and Regulatory Affairs and the Emergency Management Agency in April 2000 pertaining to the demonstrators' "convergence center" at 1328 Florida Avenue, N.W., including, but not limited to, documentation supporting the closure of the center for fire and other code violations.**

We have previously provided you with all documents that are responsive to this request.

**A copy of each videotape taken by MPD of the following events: the April 15, 2000 demonstration in front of the Department of Justice to protest the Prison Industrial Complex and the march towards Dupont Circle that followed; the April 15, 2000 raid on the "convergence center"; April 17,**

MPD 04269

Honorable Kathy Patterson
November 21, 2003
Page Four

> **2000 demonstrations; the demonstrations that took place on September 27, 2002, beginning with the bike protests at Union Station and ending with the arrests made in Pershing Park.**
>
> As mentioned above, we have located additional videotapes of events that occurred on April 15, 2000. These tapes are available for your staff to review.
>
> **All documents related to MPD's policy on the collection of information and maintenance of files on demonstrators.**
>
> We have not located any documents that are responsive to this request.
>
> **All records pertaining to Adam Eidinger and Chris Sippel, including but not limited to surveillance reports and photographs and the entirety of any dossiers on each.**
>
> We have not located any responsive documents. If these persons were arrested, the department might have records of their arrests.

### July 24, 2003 Subpoena

> **All after-action reports regarding the following demonstrations: April 2000 IMF/World Bank protests; January 2001 Presidential Inauguration; April 2002 IMF/World Bank protests; September 2002 IMF/World Bank protests, including the protest and arrests at Pershing Park; April 2003 anti-war protests.**
>
> We have enclosed the after-action reports for the above listed events with the exception of the April 2003 anti-war protests. We have not located any after-action reports for the April 2003 anti-war protests.

### August 6, 2003 Subpoena

> Videotape of the actions of Jed Worrell and Patrick Cumba during Inauguration Day demonstrations on January 20, 2001, in the area of the Navy Memorial, and the report of any MPD Internal Affairs Force Investigation Team investigation that followed that incident.
>
> We have provided the requested videotape and investigative report.

**MPD 04270**

Honorable Kathy Patterson
November 21, 2003
Page Five

**Videotape of alleged excessive force used on Marc Frucht on April 12, 2003, and the report of any MPD Internal Affairs/Force Investigation that followed that incident.**

The investigation of this incident is pending. Upon completion of the administrative investigation we will produce the report and any videotape that may exist subject to applicable personnel rules and regulations.

## September 29, 2003 Subpoena

**All permits granted for the April 2000 and September 2002 IMF/WB protests**

Enclosed are the permits issued for the April 2000 IMF/WB protests.

**CDU lists and assignments for the April 2000 and September 2002 IMF/WB protests, as well as rosters of officers who participated in intelligence teams during those demonstrations**

As was previously agreed to by your staff, we have produced the names of the supervisors of the CDU units that were deployed for these two events as set forth in the operations manuals. We have enclosed the names of the officers who were assigned to intelligence teams during these two events.

**SOCC/JOCC print-outs for the April 2000 and September 2002 IMF/WB protests**

Enclosed are the SOCC/JOCC running resumes for the two listed events.

**Commander's Mass Demonstration Event Logs for the April 2000 and September 2002 IMF/WB protests**

We previously advised you erroneously that the Commander's Mass Demonstration Event Logs were included in the operations manuals for the September 2002 IMF/WB protests. The department has substituted the SOCC/JOCC running resumes for the Commander's Mass Demonstration Event Logs. The running resumes for the above listed events are being produced today.

MPD 04271

Honorable Kathy Patterson
November 21, 2003
Page Six

### Operations plans for the April 2000 and September 2002 IMF/WB protests

Enclosed is the operations plan for the April 2000 IMF/WB protests. The operations plan for the September 2002 IMF/WB protests was produced previously.

### Radio tapes for September 27, 2002 and the April 2000 IMF/WB protests

The communications tapes for September 27, 2002 IMF/WB protests were produced previously. The tapes for April 2000 IMF/WB are presently available for review by your staff.

### Copies of all PD 127s and PD 153s from November 1999 to the present related to the use of undercover funds for intelligence unit preparation for demonstrations

We have submitted all documents that are responsive to this request.

### The field arrest forms for the arrest of Jane Doe, white female, date of birth, 4/01/19 (reference #0802004440), Jane Doe, white female, date of birth 1/01/72 (reference # 0802004438), Jane Doe, white female, date of birth 1/03/75 (reference # 0802004444), for Incommoding, and for the arrest of James McAsey (reference # 0802004445) on September 27, 2002 by Chief Charles Ramsey.

We have submitted all documents that are responsive to this request with the exception of reference #0802004440. We have not as yet located the documents associated with this reference number.

The documents that we are producing today are:

1. Operations manual for April 2000 IMF/WB protests, Inauguration 2001, January 2002 Right To Life demonstration, April 2002 IMF/WB protests and the April 2003 Anti-War protests.
2. Additional videotapes of events of April 15, 2000 available for review
3. Copy of form letter sent to Chicago, Philadelphia and Los Angeles Police Departments for manpower assistance
4. After-action reports for April 2000 IMF/WB protests, January 2001 Presidential Inauguration, and April 2002 IMF/WB protests
5. Permits for April 2000 IMF/WB

MPD 04272

Honorable Kathy Patterson
November 21, 2003
Page Seven

    6. Roster of officers assigned to intelligence teams for April 2000 and September 2002.
    7. Running resumes for April 2000 and September 2002 IMF-WB protests
    8. Operations plan for the April 2000 IMF-WB protest
    9. Communications tapes for April 2000 IMF-WB protests are available for review
    10. Copies of citizen complaints.

As I mentioned previously, we will produce the remaining redaction logs no later than November 26, 2003. Please contact me if there are any questions concerning this production.

Sincerely,

Terrence D. Ryan
General Counsel

cc: John Greenhalgh, Esq.
    Senior Deputy Corporation Counsel

Enclosures

MPD 04273