**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RAYMING CHANG et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No. 1:02cv2010 (EGS/JMF) |
| ) | |
| UNITED STATES OF AMERICA ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO FILE A FOURTH AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 15(a), *Chang* Plaintiffs seek leave to file an amended complaint in the above-captioned action. A memorandum of points and authorities is attached. In accordance with LCvR 7(i), the amended complaint is also attached. Pursuant to LCvR 7(m), *Chang* counsel have conferred with the Defendants regarding this Motion. District counsel and counsel for Charles Ramsey indicated they did not consent. Counsel for the other defendants did not respond.

Respectfully submitted,

Jonathan Turley (D.C. Bar No. 417674)
2000 H Street, N.W.
Washington, DC 20052
(202) 994-7001

_/s/_
Daniel C. Schwartz (D.C. Bar No. 017749)
P.J. Meitl (D.C. Bar No. 502391)
Ivan J. Snyder (D.C. Bar No. 498461)
Seyi Iwarere (D.C. Bar No. 986461)
Bryan Cave LLP
1155 F Street, N.W., Suite 700
Washington, DC 20004
(202) 508-6000

Counsel for the *Chang* Plaintiffs

Dated: December 15, 2009