UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAYMING CHANG** *et al.*,<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**THE UNITED STATES OF AMERICA** *et al.*,<br><br>    **Defendants.** | Civil No. 02-2010 (EGS/JMF) |

**ORDER**

In accordance with the accompanying Memorandum Opinion, the following is, hereby,

**ORDERED:**

1.  Defendant District of Columbia's Motion for a Protective Order [#530] is **DENIED.**

2.  Defendants' Motion to Quash the Subpoena Served on Assistant Attorney General Stacy Anderson, and for a Protective Order [#534] is **DENIED.**

3.  The District's Motion for General Protective Order [# 539] is **DENIED.**

It is further, hereby,

**ORDERED** that neither the parties nor their counsel shall transmit or disseminate any information, document, or electronically stored information produced or exchanged in discovery in this case to any person or entity that is not a party or counsel in this case without leave of this Court.

**SO ORDERED.**

_____
**JOHN M. FACCIOLA**
**UNITED STATES MAGISTRATE JUDGE**