UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| **RAYMING CHANG,** *et al.* | * |
| Plaintiffs, | * |
| v. | *   Civil No. 02-02010 (EGS)(AK) |
| **UNITED STATES,** *et al.* | * |
| Defendants. | * |
| _____ | * |

_____

| | |
|---|---|
| **JEFFREY BARHAM,** *et al.* | * |
| Plaintiffs, | * |
| v. | *   Civil No. 02-02283 (EGS)(AK) |
| **CHARLES H. RAMSEY,** *et al.*, | * |
| Defendants. | * |
| _____ | * |

### POSITION OF DEFENDANT NEWSHAM REGARDING APPOINTMENT OF STROZ FRIEDBERG AS A SPECIAL MASTER

This pleading is filed pursuant to the Court's Minute Order issued on February 13, 2010 at 5:24 p.m., which directed the parties to address the propriety of, and the authority for, the Court to appoint Stroz Friedberg as a special master pursuant to Federal Rule of Civil Procedure 53, by 4:00 p.m. on February 19, 2010.

Given the history of this matter, and the opposition of *Chang* plaintiffs to any appointment of Stroz Friedberg in any capacity, it would appear that the authority for appointment would be F.R.C.P. 53(a)(1)(C).

Defendant Newsham does not object to such appointment, nor does defendant Newsham take any position with respect to such appointment. This is a technical forensic discovery issue pertaining to D.C. Government computer files, not involving defendant Newsham, in his personal capacity.

>
> DESO & BUCKLEY, P.C.
>
> By:   /s/ Robert E. Deso
>       Robert E. Deso, #174185
>       1828 L Street, N.W.
>       Suite 270
>       Washington, D.C.  20036
>       (202) 822-6333
>       (202) 822-6665 - Fax
>       redeso@dtswlaw.com
>       Attorney for Defendant Peter J. Newsham

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of February 2010, the foregoing Appointment of Stroz Friedberg as a Special Master was filed electronically with the Court and copies mailed, postage prepaid to:

> Jonathan Turley, Esquire
> George Washington University School of Law
> 2000 H Street, N.W.
> Washington, D.C.  20052
> Counsel for the *Chang* Plaintiffs

Daniel C. Schwartz, Esquire
P.J. Meitl, Esquire
Ivan J. Snyder, Esquire
Bryan Cave, LLP
1155 F Street, N.W., Suite 700
Washington, D.C. 20004
Counsel for the *Chang* Plaintiffs

Carl Messineo, Esquire
Mara Verheyden-Hilliard, Esquire
Partnership for Civil Justice
617 Florida Avenue, N.W.
Washington, D.C. 20001
Counsel for *Barham* Plaintiffs

Monique A. Pressley, Esquire
Ellen Efros, Esquire
Shana Frost, Esquire
Chad Copeland, Esquire
Equity Section I
441 4th Street, N.W. - 6th Floor South
Washington, D.C. 20001
Counsel for the District Defendants

Mark H. Tuohey, III, Esquire
John M. Faust, Esquire
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C. 20004-1008
Counsel for Defendant Chief Charles H. Ramsey

Marina Braswell, Esquire
Brian Hudak, Esquire
Assistant United States Attorneys
Office of the U.S. Attorney for the District of Columbia
555 4th Street, N.W., -- 10th Floor
Washington, D.C. 20530
Counsel for the Federal Defendants

        Charlotte Brookins-Hudson, Esquire
        District of Columbia Council
        1350 Pennsylvania Avenue, N.W.
        Suite 4
        Washington, D.C.  20004
        General Counsel for the Council of the District of Columbia

        Alex Francuzenko, Esquire
        Cook, Kitts & Francuzenko, PLLC
        3554 Chain Bridge Road, Suite 402
        Fairfax, Virginia 22030
        Counsel for Fairfax County Sheriff's Department


                      <u>/s/ Robert E. Deso</u>
                      Robert E. Deso