UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMING CHANG *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA *et al.*,<br><br>    Defendants. | Civil No. 02-2010 (EGS/JMF) |

**ORDER**

Pursuant to the status conference held today, the following is, hereby,

**ORDERED:**

1. With respect to Chang Plaintiffs' Third Motion to Compel the District of Columbia to Produce Information Withheld on the Basis of the Law Enforcement and Deliberative Process Privileges [#573], the District is ordered to submit to chambers a copy of the privilege log. After the court has had an opportunity to review the log, a sample of not less than twenty documents will be selected for *in camera* review, at which point, the court will determine the next appropriate steps.

2. With respect to Chang Plaintiffs' Motion to Compel Production of Litigation Hold Letters [#617], the District is ordered to submit all litigation hold letters to chambers for *in camera* review by close of business Friday, July 2, 2010.

3. With respect to <u>Defendant District of Columbia's Motion for Protective Order for Personnel Records or, in the Alternative, in Camera Inspection of Requested Documents</u> [#620], the requested documents will be turned over subject to the protective order currently in place *unless* either party wishes to amend or alter the current protective order. If so, that party shall submit a proposed protective order(s) to opposing counsel by close of business Friday, July 9, 2010 and no documents shall be released until the issue of the protective order is resolved by the parties' agreement or action by the Court. If the parties cannot agree on a revised protective order, the District shall file its proposed protective order by July 15, 2010 and plaintiffs may file any objection thereto by July 22, 2010. If the parties agree to use the protective order currently in place, they shall jointly indicate to the court by close of business Friday, July 2, 2010.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE