UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAYMING CHANG, et al.,

    Plaintiffs,

    v.                        Civil Action No.  02-2010 (EGS/JMF)

UNITED STATES, et al.,

    Defendants.

**SPECIAL MASTER ORDER**

This matter has been referred to me as Special Master to investigate the circumstances surrounding the District of Columbia's inability to find certain materials and the loss of a portion of certain audio tapes.  I intend to take testimony under oath from several persons employed, in various capacities, by the District of Columbia.  There is a possibility that the completion of my responsibilities will lead to a referral to the United States Attorney's Office for possible prosecution.  I am therefore concerned that the persons who will testify be advised of their constitutional right not to incriminate themselves.  Moreover, their situation raises the question of whether the Attorney General can represent them or whether they should have their own counsel. Cf. 28 C.F.R. 50.15 (4) & (7) (2009) (Department of Justice will not ordinarily represent employees in criminal matters, to include investigations).  In my view, it is imperative that these questions be addressed before testimony is taken. To that end, I will direct that the Attorney General make this Memorandum Order available to the following persons:

|    | NAME | TITLE | ORGANIZATION |
|----|------|-------|--------------|
| 1. | Charles Ramsey | Former Chief of Police | Metropolitan Police Department ("MPD") |

| | | | |
|---|---|---|---|
| 2. | Thomas L. Koger | Assistant Attorney General | Civil Division / Office of the Attorney General |
| 3. | Ronald B. Harris | Deputy General Counsel | MPD |
| 4. | Terrence D. Ryan | General Counsel | MPD |
| 5. | Douglas A. Jones | Sergeant | Command Information Center / MPD |
| 6. | Stephen J. Gaffigan | Executive Director (resigned) | Quality Assurance Division ("QAD") / MPD |
| 7. | Neil L. Trugman | Consultant / contractor (Detective Grade 1 - retired) | QAD / MPD |
| 8. | George H. Crawford | Computer Specialist / Network Engineer | Office of the Chief Technology Officer / MPD |
| 9. | James O. Crane | Commander | Special Operations Division / MPD |
| 10. | Peter J. Newsham | Assistant Chief of Police | Investigative Services Bureau / MPD |
| 11. | Alfred J. Broadbent | Assistant Chief of Police (retired) | Special Services / MPD |
| 12. | Giuseppi Crisafulli (Junior) | Contractor | Super Tek |
| 13. | Cecilia M. Tilghman | FOIA Officer | Department of Consumer & Regulatory Affairs (formerly Staff Assistant QAD /MPD) |
| 14. | Rai Howell | Contractor | HNTB Corporation Infrastructure Project Management Administration / Department of Transportation (formerly Acting Director QAD / MPD) |

By this Order, I am also directing that these individuals and counsel for the parties appear at a hearing to be held on Monday, August 16, 2010 from 3:00 - 5:00 p.m. in Courtroom 6. If any of these individuals decide to retain counsel, I expect them also to be present. Further,

representatives of the Office of the Attorney General must be ready at that hearing to advise me and these individuals whether they will be representing them and, if not, whether the District of Columbia will pay their attorneys fees. Finally, I intend at that hearing to advise the witnesses of their constitutional rights.

    **SO ORDERED.**

    _____
    **JOHN M. FACCIOLA**
    **UNITED STATES DISTRICT COURT JUDGE**