# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RAYMING CHANG, *et al.*,  )  <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, *et al.*, ) <br> ) <br> Defendants. ) | Civ. Action No. 02-2010 (EGS/JMF) |

## DISTRICT OF COLUMBIA'S REPLY TO *CHANG* PLAINTIFFS' OPPOSITION TO THE DISTRICT OF COLUMBIA'S MOTION FOR RECONSIDERATION AND/OR APPEAL FROM JULY 1, 2010 DECISION AND ORDER

The District of Columbia's appeal seeks to produce *in camera* to Magistrate Judge Facciola a limited number of personnel-file materials pertaining to certain District of Columbia employees for a relevance determination prior to the materials being produced to *Chang* Plaintiffs. In light of the nature of the materials at issue, and the particular current and former employees whose files are involved, this request is reasonable. Despite *Chang* Plaintiffs' lengthy reply, they fail to show how such an *in camera* review would prejudice them.

Contrary to the assertions raised by *Chang* Plaintiffs in their opposition, legitimate bases have been established to include this additional protective measure in the process of production of a small number of personnel files and this Court has the authority to grant the relief requested. It should be noted that today the District of Columbia produced to *Chang* Plaintiffs 1,500 (One Thousand Five Hundred) pages of personnel-file materials which encompassed the vast majority of the employees for whom *Chang* Plaintiffs made a request.[1] Therefore, *Chang* Plaintiffs

---

[1] This production was subject to the protective order agreed upon by the parties and previously filed with the Court.

predictable and repetitive claim that the District is attempting to inhibit a speedy resolution of this case is baseless.

*Chang* Plaintiffs are also incorrect in asserting that the District fails to raise any new arguments in its appeal. To the contrary, as the District pointed out in its Motion for Reconsideration, the request made in the District's appeal was never before Magistrate Judge Facciola. The District's original alternative request was for all of the relevant personnel materials to be reviewed in camera prior to production. The request set forth in the District's appeal was refined to include a smaller number of employees and a more limited scope of review.

Absent a showing that *in camera* review is prejudicial to *Chang* Plaintiffs and based on the clear need for the measures requested, the District requests that its Motion for Reconsideration and/or Appeal from July 1, 2010 Decision and Order be granted.

Respectfully submitted,

PETER J. NICKLES
Attorney General for the District of Columbia

/s/George C. Valentine_____
GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Monique A. Pressley_____
MONIQUE A. PRESSLEY [464432]
Senior Assistant Attorney General
Equity Section I
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6610
Fax: (202) 741-0424
monique.pressley@dc.gov

/s/  Shana L. Frost_____
SHANA L. FROST [458021]

        Assistant Attorney General

*Attorneys for Defendants District of Columbia, Michael Fitzgerald, Brian Jordan, Bryan DiGirolamo, Andre Harrison, and Michael Smith and official capacity defendants Chief of Police Cathy Lanier and Assistant Chief of Police Peter J. Newsham*