**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

**RAYMING CHANG,** *et al.*          *

      **Plaintiffs,**          *

      v.          *          Civil No. 1:02-CV-2010 (EGS)(AK)
                           MJ Facciola

**UNITED STATES OF AMERICA,** *et al.*   *

      **Defendants.**          *

_____*

**MOTION OF DEFENDANT NEWSHAM**
**TO BE REPRESENTED BY COUNSEL**
**AT THE AUGUST 16, 2010 STATUS HEARING**

      This Motion is filed in response to the Special Master Order issued on July 29, 2010. That Order, *inter alia*, directs a list of fourteen individuals and counsel for the parties to appear for a status hearing on August 16. Defendant Newsham is the tenth individual on the list.

      Newsham has been a defendant in this case since the case was filed in 2002. Newsham has been represented in this litigation, in his personal capacity, by undersigned counsel since October 2003. During that seven year period, counsel has represented defendant Newsham at dozens of Court proceedings, none of which required Newsham's personal presence. Counsel has advised and will advise Newsham of his rights and obligations as a defendant in this matter. Newsham is aware of his constitutional rights,

both as a defendant and as a law enforcement officer. Newsham has not asserted his constitutional rights in this litigation and he has no intention of doing so. Newsham has no knowledge regarding the issues addressed in the Special Master Order - "the circumstances surrounding the District of Columbia's inability to find certain materials and the loss of a portion of certain audio tapes". He will respond fully and freely to questions from the Special Master if he is interviewed.

Undersigned counsel's representation of defendant Newsham in his personal capacity will continue regardless of the position taken by the District of Columbia with respect to the representational issues raised in the Special Master Order. Newsham cannot contemplate any testimony that he could give to the Special Master which would incriminate him; and he is aware of his constitutional rights. Newsham has reviewed this Motion and agrees with its contents. To the extent deemed necessary by the Special Master, Newsham waives his presence at the August 16 status hearing.

For the foregoing reasons, defendant Newsham moves that he be represented by counsel at the August 16, 2010 status hearing, without personal attendance.

Newsham also joins in the District's Objections, Document 665.

DESO & BUCKLEY, P.C.

By:   /s/ Robert E. Deso
      Robert E. Deso, #174185
      1828 L Street, N.W.
      Suite 270
      Washington, D.C.  20036
      (202) 822-6333
      (202) 822-6665 - Fax
      redeso@dtswlaw.com

>By: /s/ David W. Buckley
>David W. Buckley, #210898
>1828 L Street, N.W.
>Suite 270
>Washington, D.C. 20036
>(202) 822-6333
>(202) 822-6665 - Fax
>dwbuckley@dtswlaw.com
>
>Attorneys for Defendant Peter J. Newsham

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of August 2010, the foregoing Motion of Defendant Newsham to be Represented by Counsel at the August 16, 2010 Status Hearing was electronically filed with the Court and copies mailed, postage prepaid to:

>Jonathan Turley, Esquire
>George Washington University School of Law
>2000 H Street, N.W.
>Washington, D.C. 20052
>Counsel for the *Chang* Plaintiffs
>
>Daniel C. Schwartz, Esquire
>P.J. Meitl, Esquire
>Ivan J. Snyder, Esquire
>Bryan Cave, LLP,
>1155 F Street, N.W., Suite 700
>Washington, D.C. 20004
>Counsel for the *Chang* Plaintiffs
>
>Monique A. Pressley, Esquire
>Ellen Efros, Esquire
>Shana Frost, Esquire
>Chad Copeland, Esquire
>Equity Section I
>441 4th Street, N.W. - 6th Floor South
>Washington, D.C. 20001
>Counsel for the District Defendants
>
>Mark H. Tuohey, III, Esquire
>Brown Rudnick, LLP
>601 Thirteenth Street, N.W., Suite 600
>Washington, D.C. 20005

Counsel for Defendant Chief Charles H. Ramsey

Marina Braswell, Esquire
Brian Hudak, Esquire
Assistant United States Attorneys
Office of the U.S. Attorney for the District of Columbia
555 4th Street, N.W., -- 10th Floor
Washington, D.C. 20530
Counsel for the Federal Defendants

Alex Francuzenko, Esquire
Cook, Kitts & Francuzenko, PLLC
3554 Chain Bridge Road, Suite 402
Fairfax, Virginia 22030
Counsel for Fairfax County Sheriff's Department

        /s/ Robert E. Deso
        Robert E. Deso