UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMING CHANG, *et al.*, : | |
|     Plaintiffs, : | |
| v. : | Civ. Action No. 02-2010 (EGS/JMF) |
| UNITED STATES OF AMERICA, *et al.*, : | |
|     Defendants. : | |

## MOTION OF TERRENCE D. RYAN TO BE REPRESENTED BY COUNSEL AT AUGUST 16, 2010 STATUS HEARING

    Terrence D. Ryan, by and through his counsel, Monique D. Pressley of the Office of the Attorney General for the District of Columbia, in response to this Court's Order of July 29, 2010, respectfully requests that the Court excuse Mr. Ryan's appearance at the August 16, 2010 hearing and allow him to be represented by counsel. In support of this position, he states the following:

    1.    Mr. Ryan is now represented by undersigned counsel for the purposes of the Special Master's investigation.

    2.    Undersigned counsel for Mr. Ryan, a former criminal defense attorney and currently a Senior Assistant Attorney General in the Civil Division of the Office of the Attorney General, is experienced in all facets of civil and criminal law and procedure involved in these proceedings.

    3.    Mr. Ryan, an attorney for over thirty years, is aware of his constitutional rights.

4. Undersigned counsel has advised Mr. Ryan of his rights and will continue to advise him regarding any and all issues which may arise during proceedings before the Special Master.

For the foregoing reasons, Mr. Ryan moves that he be represented by counsel at the August 16, 2010 status hearing, without personal attendance.

    Respectfully submitted,

    PETER J. NICKLES
    Attorney General for the District of Columbia

    /S/ George C. Valentine_____
    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    /s/ Monique A. Pressley_____
    MONIQUE A. PRESSLEY [464432]
    Senior Assistant Attorney General
    Equity Section I
    441 4th Street, NW, 6th Floor South
    Washington, DC 20001
    (202) 724-6610
    Fax: (202) 741-0424
    monique.pressley@dc.gov

    *Attorneys for Terrence D. Ryan*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RAYMING CHANG, *et al.*, | : |
|  | : |
| Plaintiffs, | : |
|  | : |
| v. | : Civ. Action No. 02-2010 (EGS/JMF) |
|  | : |
| UNITED STATES OF AMERICA, *et al.*, | : |
|  | : |
| Defendants. | : |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF TERRENCE D. RYAN TO BE REPRESENTED BY COUNSEL AT AUGUST 16, 2010 STATUS HEARING

In their joint motion to stay, the parties rely upon the following authorities:

1. Inherent Power of the Court.

2. Fed. R. Civ. P. 7(b).

3. Fed. R. Civ. P. 53.

4. The record herein.

Respectfully submitted,

PETER J. NICKLES
Attorney General for the District of Columbia

/S/ George C. Valentine
GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Monique A. Pressley
MONIQUE A. PRESSLEY [464432]
Senior Assistant Attorney General

Equity Section I
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6610
Fax: (202) 741-0424
monique.pressley@dc.gov

*Attorneys for Terrence D. Ryan*