Stephen J. Gaffigan; Rayming Chang v. United States, Civil Action No. 02-2010 (EGS/JMF)
Paul Weiss
to:
sara_podger@dcd.uscourts.gov
08/16/2010 01:36 PM
Cc:
"monique.pressley@dc.gov", "SGaffigan@aol.com"
Show Details

*Let this be Filed,*

*Joh M Facciola*

History: This message has been forwarded.
Ms. Sara Podger
United States District Court
for the District of Columbia

**FILED**

**AUG 1 9 2010**

**U.S. DISTRICT COURT**

Ms. Podger:

This email is to confirm the contents of our conversations, and your conversation with Mr. Gaffigan, all of which occurred on Friday, August 13, 2010.

1. While my Firm represents Mr. Gaffigan in other, unrelated matters, we do <u>not</u> represent him in this matter. I am simply writing this email as a courtesy to him, so that Judge Facciola will be informed of the facts contained herein.

2. Mr. Gaffigan received the Special Master Order, executed by Judge Facciola on July 29, 2010, which Order directed Mr. Gaffigan to appear at a hearing to be held today, August 16, 2010.

3. Mr. Gaffigan currently resides in San Antonio, Texas.

4. Mr. Gaffigan's wife is being treated for cancer, and is undergoing preliminary treatment starting today for chemotherapy that she will receive on Wednesday, August 18, 2010.

5. Due to the reasons cited in Items 3 and 4, above, Mr. Gaffigan will not be able to appear at today's hearing.

6. Mr. Gaffigan, by way of his calls to you and to Ms. Monique Pressley of the Office of Attorney General of the District of Columbia, and by way of this email, has informed all parties that he is not in any way, manner or form attempting to avoid an appearance before Judge Facciola in this matter.

7. Mr. Gaffigan has not yet retained counsel in this matter, though he intends to do so as quickly as is practical after his wife has finished her current round of chemotherapy treatment. Both your office and the Office of Attorney General of the District of Columbia will be contacted by Mr. Gaffigan's counsel shortly after that counsel is engaged to represent him.

If you have any further questions regarding this matter, please contact Mr. Gaffigan directly.

Very truly yours,

Paul Weiss
Pulman, Cappuccio Pullen & Benson LLP

2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
210-222-9494
210-892-0427(direct)
210-892-1610(fax)
pweiss@pulmanlaw.com
www.pulmanlaw.com

PULMAN, CAPPUCCIO, PULLEN, & BENSON, LLP. E-MAIL NOTICE - This transmission may be. (1) subject to the Attorney-Client Privilege, (2) an Attorney Work Product, or (3) strictly confidential.  If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information.  If you have received this message in error, please reply and notify the sender (only) and delete the message.  Unauthorized interception of this e-mail is a violation of federal criminal law

U.S. TREASURY DEPARTMENT NOTICE/CIRCULAR 230 DISCLAIMER: Pursuant to regulations governing the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries and appraisers before the Internal Revenue Service, unless otherwise expressly stated, any U.S. federal or state tax advice in this communication (including any attachments) is not intended or written to be used, and cannot be used, by a taxpayer for the purpose of (i) avoiding penalties that may be imposed under federal or state tax law or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter(s) addressed herein