UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RAYMING CHANG, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 02-2010 (EGS) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, *et al.* ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO SUBMIT DOCUMENTS AND PRIVILEGE LOG FOR *IN CAMERA* REVIEW**

Defendant District of Columbia respectfully requests an extension of time to submit documents and the corresponding privilege log in response to the Court's September 13, 2010 order. In support thereof, the District states as follows:

1. On September 13, 2010, the Court ordered that all the defendants' prior submission of documents and privilege logs are stricken but will be preserved for purposes of the record, and further ordered the District defendants to submit all documents for which it claims either the law enforcement or deliberative process privileges along with an index or privilege log for those meeting certain specifications as outlined by the Court.

2. The Court further ordered that the re-submission of documents be preceded by review of all documents and the privilege log by counsel for the District of Columbia.

3. The review itself is time-consuming as it involves thousands of pages of documents.

4. The decisions that must be made for each document as to whether privileges asserted previously should be withdrawn or maintained requires the involvement of multiple District agencies (including the Metropolitan Police Department, the Executive of the Mayor, and the Office of the Chief Financial Officer).

5. Counsel and agency representatives are working diligently to complete the review, and undersigned counsel believes that the number of documents to be submitted to the Court will be significantly lower than the previous submission.

6. Accordingly, the District requests a seven-day extension of time until Friday, October 8, 2010 to submit the documents and privilege log to the Court for in camera review.

Pursuant to LCvR 7(m), the District conferred with *Chang* Plaintiffs with respect to the relief proposed herein. *Chang* Plaintiffs consent to the relief requested.

Respectfully submitted,

PETER J. NICKLES
Attorney General for the District of Columbia

/s/George C. Valentine
GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Monique A. Pressley_____
MONIQUE A. PRESSLEY [464432]
Senior Assistant Attorney General
Equity Section I
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6610
Fax: (202) 741-0424
monique.pressley@dc.gov

/s/ Shana L. Frost_____
SHANA L. FROST [458021]

Assistant Attorney General

*Attorneys for Defendants District of Columbia, Michael Fitzgerald, Brian Jordan, Bryan DiGirolamo, Andre Harrison, and Michael Smith and official capacity defendants Chief of Police Cathy Lanier and Assistant Chief of Police Peter J. Newsham*