## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAYMING CHANG** *et al.*,<br><br>    **Plaintiffs,**<br><br>        v.<br><br>**THE UNITED STATES OF AMERICA** *et al.*,<br><br>    **Defendants.** | **Civil No. 02-2010 (EGS/JMF)** |

## ORDER

The following is, hereby, **ORDERED**:

1.    The Court will hear from the following additional witnesses:

      a.    Denise Alexander

      b.    Kimberly Thorpe

      c.    Officer Donald Yates

      d.    Officer Jorge Acevedo

      e.    Officer Nathaniel Britt

      f.    Former Deputy Mayor Margret N. Kellems

2.    Defendants' counsel will advise the Court of the availability of these witnesses, convenient to all counsel, during the week of November 8, 2010, by filing a brief praecipe proposing dates and times.

3.    Defendants' counsel will advise the Court of the need to issue subpoenas for any of the witnesses or of their willingness to appear voluntarily.

**SO ORDERED**.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE