## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

**RAYMING CHANG,** *et al.*                     *

        **Plaintiffs,**               *

    **v.**                              *        **Civil No. 02-02010 (EGS)(AK)**

**UNITED STATES,** *et al.*                     *

        **Defendants.**             *

_____ *
_____

**JEFFREY BARHAM,** *et al.*                    *

        **Plaintiffs,**               *

    **v.**                              *        **Civil No. 02-02283 (EGS)(AK)**

**CHARLES H. RAMSEY,** *et al.*,                *

        **Defendants.**             *

_____ *

### TWENTY-SECOND CONSENT MOTION OF DEFENDANT NEWSHAM
### FOR APPROVAL OF PAYMENT OF INTERIM ATTORNEY FEES

### INTRODUCTION

    This consent motion pertains to the representation of defendant MPD Assistant Chief Peter Newsham by Robert E. Deso, Esquire for the period from April 1, 2010 through December 31, 2010.  Normally the Office of Attorney General provides representation for individual MPD police officers.  However, in this case, the District did not

represent Assistant Chief Newsham due to a potential conflict of interest.   In 2010 Mr.

Deso represented Newsham in the *Chang* and *Barham* cases, at the request of Newsham

and the Office of the Attorney General, (the *Barham* case settled in late 2010; the *Chang*

case continues).   The Court has granted twenty-one previous Consent Motions for

Approval of Payment of Interim Attorney Fees, for representation from October 22, 2003

through March 31, 2010, by previous Orders and all have been paid.

## WORK PERFORMED

During the nine-month period for which fees are requested by this Motion,

counsel reviewed dozens of pleadings and Orders pertaining to discovery and the

evidentiary hearings conducted by MJ Facciola, as well as many documents, many radio

run tapes and several CD's produced by the District in discovery.   Counsel communicated

with counsels for the District regarding a number of issues on multiple occasions.   Counsel

represented client at two depositions, seven status conferences and court hearings and

eight extended evidentiary hearings before MJ Facciola.   Counsel reviewed and sent many

e-mails regarding depositions, discovery disputes, and the coordination of other pleadings

among defense counsel.

## LEGAL BASIS FOR AWARD

The District of Columbia's obligation to reimburse MPD police officers who

are defendants in civil suits such as this, where the District does not represent them, is

based on D.C. Code § 5-115.04 which states as follows:

(a)     in accordance with regulations prescribed by the Council of the
District of Columbia, the Corporation Counsel of the District of
Columbia shall represent any officer or member of the
Metropolitan Police Department, if he so requests, in any civil

action for damages resulting from an alleged wrongful arrest by such officer or member.

(b)    if the Corporation Counsel fails or is unable to represent such officer or member when requested to do so, the Mayor of the District of Columbia shall compensate such officer or member for reasonable attorney fees (as determined by the Court) incurred by him in his defense of the action against him.

This case is based on allegations by the plaintiffs that defendant Newsham falsely arrested them and violated their constitutional rights at Pershing Park on September 27, 2002.

## REASONABLENESS OF THE FEES

Counsel for defendant Newsham has presented to the District monthly itemized statements of services, fees and costs for representation from April 1, 2010 through December 31, 2010.  The District has reviewed and approved those statements. A copy of Mr. Deso's Curriculum Vitae and a copy of the then current *Laffey* Matrix were enclosed as Exhibits 2 and 3 to the first  Consent  Motion  filed  on  April 27, 2004.  (The *Laffey* Matrix has been updated several times since then).   The Office of the Attorney General has determined that the interim fees requested herein are reasonable, and the District and Assistant Chief Newsham have reached an agreement to pay the interim fees and  costs  in  satisfaction  of  D.C. Code § 5-115.04, subject  to  approval  of  the Court. Therefore, the parties present for the Court's approval an Order for payment in the amount of $82,683.64 to Mr. Deso in satisfaction of the District's obligation under D.C. Code § 5-115.04 for representation provided to Assistant Chief Newsham in this litigation from April 1, 2010 through December 31, 2010.

WHEREFORE, it is requested that the Court approve the agreement of the parties to reimburse to defendant Newsham interim attorney fees and costs incurred on his behalf in the total amount of $82,683.54, to be paid to his counsel, Robert E. Deso, Esq., of Deso & Buckley, P.C.

Respectfully submitted,

DESO & BUCKLEY, P.C.

IRVIN B. NATHAN
Acting Attorney General for the
  District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

MONIQUE D. PRESSLEY
Senior Assistant Attorney General
Equity Section I

/s/ Monique D. Pressley
Monique D. Pressley, #464432
Senior Assistant Attorney General
441 - 4th Street, N.W., Sixth Floor
Washington, D.C.  20001
(202) 724-6610
(202) 727-3625 - Fax

/s/ Robert E. Deso
Robert E. Deso, #174185
1828 L Street, N.W., Suite 270
Washington, D.C.  20036
(202) 822-6333
(202) 822-6665 - Fax
Counsel for Defendant Newsham

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Twenty-Second Consent Motion of Defendant Newsham for Approval of Payment of Interim Attorney Fees and proposed Order was mailed this 23rd day of February 2011 to Monique D. Pressley, Esquire, Senior Assistant Attorney General, Civil Litigation Division - Equity Section I, Office of the Attorney General, 441 - 4th Street, N.W., 6th Floor South, Washington, D.C. 20001.

/s/ Robert E. Deso
Robert E. Deso