Client's Exhibits

Fleming Attorneys vs. Civil/Criminal No. CR-2115

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Chart of Debris Butler | 4/30/13 | 4/30/13 | Eric Kent | |

FILED
MAY 08 2013
Clerk, U.S. District and Bankruptcy Courts