UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RAYMING CHANG, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Civil No. 1:02-CV-2010 (EGS) |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| Defendants. ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The Clerk of the Court shall withdraw the appearance of Mark H. Tuohey, as counsel for Defendant Charles H. Ramsey.  Lauren E. Curry of Brown Rudnick LLP will maintain her appearance on behalf of Defendant Ramsey in his personal capacity.

Respectfully submitted,

/s/ Mark H. Tuohey III_____
Mark H. Tuohey III (D.C. Bar No. 186148)
BROWN RUDNICK LLP
601 13th Street NW, Suite 600
Washington, DC 20005
Phone: (202) 536-1740
Facsimile: (617) 289-0450
mtuohey@brownrudnick.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of February, 2015, I electronically filed the foregoing Notice of Withdrawal of Appearance with the Clerk of Court using the CM/ECF system, which will then send notification of such filing to all counsel of record.

/s/  Mark H. Tuohey III

Mark H. Tuohey III
*Counsel for Defendant Charles H. Ramsey*