UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RAYMING CHANG, *et al.*,            )<br>                                     )<br>    Plaintiffs,                     )<br>                                     )<br>    v.                               )<br>                                     )<br>UNITED STATES, *et al.*,             )<br>                                     )<br>    Defendants.                      )<br>                                     ) | Civ. Action No. 02-02010 (EGS)(JF) |

## NOTICE REGARDING SETTLEMENT

Plaintiffs RayMing Chang et al., hereby give notice to the Court that the parties have reached a settlement in this case. As requested by the Court during the status conference held on April 5, 2016, attached is a copy of the fully executed Settlement Agreement.

                                                               Respectfully submitted,

                                                               /s/ Jacob A. Kramer
                                                               Jacob A. Kramer (D.C. Bar No. 494050)
                                                                Daniel C. Schwartz (D.C. Bar No. 017749)
                                                                Jennifer Kies Mammen (D.C. Bar No. 975586)
                                                                Heather S. Goldman (D.C. Bar No. 1001566)
                                                                BRYAN CAVE LLP
                                                                1155 F Street, N.W., Suite 700
                                                                Washington, D.C. 20004
                                                                (202) 508-6000

                                                                /s/ Jonathan Turley
                                                               Jonathan Turley (D.C. Bar No. 417674)
                                                               2000 H Street, N.W.
                                                               Washington, D.C. 20052
                                                               (202) 994-7001

Dated: April 7, 2016                                *Counsel for Chang Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2016, I caused copies of the foregoing to be served by electronic means on all counsel of record through the Court's CM/ECF system.

/s/ Jacob A. Kramer
BRYAN CAVE LLP
1155 F Street, N.W.
Suite 700
Washington, D.C. 20004
(202) 508-6311

*Counsel for the Chang Plaintiffs*