**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

RAYMING CHANG, *et al.*                    *

          **Plaintiffs,**                    *

      **v.**                    *          **Civil No. 02-02010 (EGS)**

UNITED STATES, *et al.*                    *

          **Defendants.**                    *

                                     *
_____

**THIRTY-SECOND CONSENT MOTION OF DEFENDANT NEWSHAM
FOR APPROVAL OF PAYMENT OF FINAL ATTORNEY FEES**

**INTRODUCTION**

This consent motion pertains to the representation of defendant MPD Assistant Chief Peter Newsham by Robert E. Deso, Esquire for the period from October 1, 2015 through April 25, 2016.  Normally the Office of Attorney General provides representation for individual MPD police officers.  However, in this case, the District did not represent Assistant Chief Newsham due to a potential conflict of interest.  From October 1, 2015  through April 25, 2016 Mr. Deso represented Newsham in the *Chang* case, at the request of Newsham and the Office of the Attorney General.  The Court has granted thirty one previous Consent Motions for Approval of Payment of Interim Attorney Fees, for representation from October 22, 2003 through September 30, 2015, by previous Orders and all have been paid.

## WORK PERFORMED

During the seven month period for which fees are requested by this Motion, counsel reviewed transcripts of party and witness depositions; counsel reviewed many evidentiary documents; counsel met with other defense counsels; and counsel otherwise prepared for trial; counsel reviewed the *Chang* Settlement Agreement in its various drafts; counsel consulted with other defense counsels re: the draft Settlement Agreement; counsel attended the *Chang* Settlement Conference.   Also, there were dozens of email communications among counsels.

## LEGAL BASIS FOR AWARD

The District of Columbia's obligation to reimburse MPD police officers who are defendants in civil suits such as this, where the District does not represent them, is based on D.C. Code § 5-115.04 which states as follows:

(a)    in accordance with regulations prescribed by the Council of the District of Columbia, the Corporation Counsel of the District of Columbia shall represent any officer or member of the Metropolitan Police Department, if he so requests, in any civil action for damages resulting from an alleged wrongful arrest by such officer or member.

(b)    if the Corporation Counsel fails or is unable to represent such officer or member when requested to do so, the Mayor of the District of Columbia shall compensate such officer or member for reasonable attorney fees (as determined by the Court) incurred by him in his defense of the action against him.

This case is based on allegations by the plaintiffs that defendant Newsham falsely arrested them and violated their constitutional rights at Pershing Park on September 27, 2002.

## REASONABLENESS OF THE FEES

Counsel for defendant Newsham has presented to the District itemized statements of services, fees and costs for representation from October 1, 2015 through April 25, 2016.  The District has reviewed and approved those statements.  A copy of Mr. Deso's Curriculum Vitae and a copy of the then current *Laffey* Matrix were enclosed as Exhibits 2 and 3 to the first Consent Motion filed on April 27, 2004.  (The *Laffey* Matrix has been updated several times since then).  The Office of the Attorney General has determined that the interim fees requested herein are reasonable, and the District and Assistant Chief Newsham have reached an agreement to pay the interim fees and costs in satisfaction of D.C. Code § 5-115.04, subject to approval of the Court.  Therefore, the parties present for the Court's approval an Order for payment in the amount of $19,589.85 to Mr. Deso in satisfaction of the District's obligation under D.C. Code § 5-115.04 for representation provided to Assistant Chief Newsham in this litigation from October 1, 2015 through April 25, 2016.  The case has been settled and this is the final motion for attorney fees for defendant Newsham.

WHEREFORE, it is requested that the Court approve the agreement of the parties to reimburse to defendant Newsham final attorney fees and costs incurred on his behalf in the total amount of $19,589.85, to be paid to his counsel, Robert E. Deso, Esq., of Deso & Buckley, P.C.

Respectfully submitted,

DESO & BUCKLEY, P.C.

KARL RACINE
Attorney General for the
  District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Robert E. Deso
Robert E. Deso, #174185
1776 K Street, N.W., Suite 830
Washington, D.C.  20006
(202) 822-6333
(202) 822-6665 - Fax
Counsel for Defendant Newsham

/s/ William F. Causey
William F. Causey
Assistant Attorney General
Equity Section I
441 - 4th Street, N.W., Sixth Floor South
Washington, D.C.  20001
(202) 724-6610
(202) 727-3625 - Fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Thirty-Second Consent Motion of Defendant Newsham for Approval of Payment of Final Attorney Fees and proposed Order was emailed this 10th day of May 2016 to William F. Causey, Esquire, Assistant Attorney General, Civil Litigation Division - Equity Section I, Office of the Attorney General, 441 - 4th Street, N.W., 6th Floor South, Washington, D.C.  20001.

/s/ Robert E. Deso
Robert E. Deso