## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

**RAYMING CHANG,** *et al.*           *

           **Plaintiffs,**           *

      **v.**           *           **Civil No. 02-02010 (EGS)**

**UNITED STATES,** *et al.*           *

           **Defendants.**           *

_____*

## CONSENT ORDER

Upon consideration of the Thirty-Second Consent Motion of Defendant Newsham for Approval of Payment of Final Attorney Fees, the pleadings and the record herein, and for good cause shown, it is this Court's finding, pursuant to D.C. Code § 5-115.04, that payment of attorney fees and costs in the amount of $19,589.85 for representation of defendant Peter Newsham by Robert E. Deso, Esq. for the period from October 1, 2015 through April 25, 2016 in this litigation is reasonable, and it is therefore,

**ORDERED** that the District of Columbia shall pay the sum of $19,589.85 to Robert E. Deso, counsel for defendant Newsham, for legal fees and costs, pursuant to D.C. Code § 5-115.04, for legal representation herein from October 1, 2015 through April 25, 2016.

                                                _____
Emmet G. Sullivan, Judge
United States District Court for the
  District of Columbia

Copies To:

cc:    William F. Causey, Esquire
        Assistant Attorney General
        441 4th Street, N.W., Sixth Floor South
        Washington, D.C. 20001

        Robert E. Deso, Esquire
        Deso & Buckley, P.C.
        1776 K Street, N.W., Suite 830
        Washington, D.C. 20006