UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RAYMING CHANG, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 02-2010 (EGS) |
| UNITED STATES OF AMERICA, et al. | ) ) ) | |
| Defendants. | ) ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Rayming Chang, Christopher Zarconi, Young Choi, and Leanne Leroy and Defendants the District of Columbia, former Metropolitan Police Department ("MPD") Chief Charles H. Ramsey, MPD Assistant Chief Peter J. Newsham, former MPD Executive Assistant Chief Michael Fitzgerald, MPD Officer Brian DiGirolamo, MPD Officer Andre Harrison, MPD Officer Michael Smith, the United States of America, former U.S. Park Police Major Richard Murphy, and the Fairfax County Sheriff's Department, by and through undersigned counsel, hereby stipulate to the dismissal with prejudice of the above-captioned action, and all pending claims, with each party bearing full and exclusive responsibility for the costs and attorneys' fees associated with his or its own representation.

((SIGNATURES APPEAR ON FOLLOWING PAGE))

**STIPULATED AND AGREED TO BY:**          Dated: June 21, 2016

/s/ Daniel C. Schwartz
Daniel C. Schwartz (D.C. Bar No. 017749)
Jacob A. Kramer (D.C. Bar No. 494050)
Jennifer Kies Mammen (D.C. Bar No. 975586)
Heather S. Goldman (D.C. Bar No. 1001566)
Bryan Cave LLP
1155 F Street, N.W.
Washington, D.C. 20004
(202) 508-6000

/s/ Jonathan Turley
Jonathan Turley (D.C. Bar No. 417674)
2000 H Street, N.W.
Washington, D.C. 20052
(202) 994-7001

*Counsel for the Chang Plaintiffs*
_____

Karl A. Racine
Attorney General for the District of Columbia

George C. Valentine
Deputy Attorney General
Civil Litigation Division

Jonathan H. Pittman
Assistant Attorney General
Section Chief, Civil Litigation Division
441 Fourth Street, N.W.
Suite 630 South
Washington, D.C. 20001
(202) 724-6602

/s/ William F. Causey
William F. Causey (D.C. Bar No. 260661)
Assistant Attorney General
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6610

*Counsel for the District Defendants*

/s/ Robert E. Deso
Robert E. Deso (D.C. Bar No. 174185)
Deso & Buckley, P.C.
1776 K Street, N.W., Suite 830
Washington, D.C. 20006
(202) 822-6333

*Counsel for Defendant Peter J. Newsham*
_____

Channing D. Phillips (D.C. Bar. No. 415793)
United States Attorney

Daniel F. Van Horn (D.C. Bar No. 924092)
Chief, Civil Division

/s/ Marina Utgoff Braswell
Marina Utgoff Braswell (D.C. Bar No. 416587)
Brian P. Hudak
Assistant United States Attorneys
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2561

*Counsel for Federal Defendants*
_____

/s/ Alexander Francuzenko
Alexander Francuzenko (D.C. Bar No. 452326)
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
(703) 865-7480

*Counsel for Defendant Fairfax County Sheriff's Department*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2016, I caused copies of the foregoing to be served by electronic means on all counsel of record through the Court's CM/ECF system.

/s/ Daniel C. Schwartz

BRYAN CAVE LLP
1155 F Street, N.W.
Suite 700
Washington, D.C. 20004
(202) 508-6311

Counsel for the *Chang* Plaintiffs